IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NWL HOLDINGS, INC., | ) | Case No. 08-12847 (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 11-3158236 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONAL WHOLESALE | ) | Case No. 08-12868 (___) |
| LIQUIDATORS, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No.  11-2700760 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONAL WHOLESALE | ) | Case No. 08-12866 (___) |
| LIQUIDATORS OF SPRING | ) | |
| VALLEY, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No.  13-3419991 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| 632 BROADWAY VARIETY | ) | Case No. 08-12864 (___) |
| STORE, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 13-3484665 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NANUET WHOLESALE | ) | Case No. 08-12863 (___) |
| LIQUIDATORS, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 13-3492387 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONAL WHOLESALE | ) | Case No. 08-12859 (12884) |
| LIQUIDATORS OF WEST | ) | |
| HEMPSTEAD, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 11-3001900 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONAL WHOLESALE | ) | Case No. 08-12897 (___) |
| LIQUIDATORS KISSENA | ) | |
| CENTER, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 11-3018833 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONAL WHOLESALE | ) | Case No. 08-12891 (___) |
| DISTRIBUTORS, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 11-3060169 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONAL WHOLESALE | ) | Case No. 08-12893 (___) |
| LIQUIDATORS OF | ) | |
| BETHPAGE, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 11-3095219 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONAL WHOLESALE | ) | Case No. 08-12896 (___) |
| LIQUIDATORS OF | ) | |
| BALDWIN, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 11-3152192 | ) | |

| | |
|---|---|
| In re: | Chapter 11 |
| NATIONAL WHOLESALE LIQUIDATORS OF FARMINGDALE, INC., | Case No. 08-12900 (___) |
| Debtors. | |
| Tax I.D. No. 11-3166813 | |
| In re: | Chapter 11 |
| NATIONAL WHOLESALE LIQUIDATORS OF MIDDLETOWN, INC., | Case No. 08-12871 (___) |
| Debtors. | |
| Tax I.D. No. 13-3755815 | |
| In re: | Chapter 11 |
| NATIONAL WHOLESALE LIQUIDATORS OF LINDEN, INC., | Case No. 08-12899 (___) |
| Debtors. | |
| Tax I.D. No. 22-3330580 | |
| In re: | Chapter 11 |
| NATIONAL WHOLESALE LIQUIDATORS OF NEWARK, INC., | Case No. 08-12862 (___) |
| Debtors. | |
| Tax I.D. No. 22-3425428 | |
| In re: | Chapter 11 |
| NATIONAL WHOLESALE LIQUIDATORS OF PHILADELPHIA, INC., | Case No. 08-12861 (___) |
| Debtors. | |
| Tax I.D. No. 23-2859404 | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONAL WHOLESALE | ) | Case No. 08-12857 (___) |
| LIQUIDATORS OF | ) | |
| COTTMAN, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 23-2925527 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONAL WHOLESALE | ) | Case No. 08-12855 (___) |
| LIQUIDATORS OF | ) | |
| PATTERSON, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 22-3543399 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONAL WHOLESALE | ) | Case No. 08-12860 (___) |
| LIQUIDATORS OF | ) | |
| GLENOLDEN, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 52-2083583 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONAL WHOLESALE | ) | Case No. 08-12859 (___) |
| LIQUIDATORS OF | ) | |
| HEMPSTEAD, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 11-3246498 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONAL WHOLESALE | ) | Case No. 08-12858 (___) |
| LIQUIDATORS OF | ) | |
| BROOKLYN, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 11-3332334 | ) | |

| | |
|---|---|
| In re: | Chapter 11 |
| NATIONAL WHOLESALE LIQUIDATORS OF YONKERS, INC., | Case No. 08-12856 (___) |
| Debtors. | |
| Tax I.D. No. 11-3239600 | |
| In re: | Chapter 11 |
| NATIONAL WHOLESALE LIQUIDATORS OF STATEN ISLAND, INC., | Case No. 08-12854 (___) |
| Debtors. | |
| Tax I.D. No. 13-4048136 | |
| In re: | Chapter 11 |
| NWL BUYING, INC., | Case No. 08-12846 (___) |
| Debtors. | |
| Tax I.D. No. 52-2083580 | |
| In re: | Chapter 11 |
| NATIONAL WHOLESALE LIQUIDATORS OF KISSENA CENTER 2, INC., | Case No. 08-12853 (___) |
| Debtors. | |
| Tax I.D. No. 11-3226742 | |
| In re: | Chapter 11 |
| NWL OF EAST HAVEN, INC., | Case No. 08-12852 (___) |
| Debtors. | |
| Tax I.D. No. 22-3740687 | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF BABYLON, INC., | ) | Case No. 08-12851 (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 11-3522653 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF CO-OP CITY, INC., | ) | Case No. 08-12850 (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 13-4092945 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF NANUET, INC., | ) | Case No. 08-12849 (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 13-4092946 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF BAY PARKWAY, INC., | ) | Case No. 08-12848 (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 11-3522654 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF LANGLEY PARK, INC., | ) | Case No. 08-12880 (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 22-3722368 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF REISTERTOWN, INC., | ) | Case No. 08-12885 (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 22-3722371 | ) | |

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NATIONAL WHOLESALE ) | Case No. 08-12888 (___) |
| LIQUIDATORS OF UNION, INC., ) | |
| ) | |
| Debtors. ) | |
| ) | |
| Tax I.D. No. 11-3541915 ) | |
| In re: ) | Chapter 11 |
| ) | |
| NATIONAL WHOLESALE ) | Case No. 08-12894 (___) |
| LIQUIDATORS OF ) | |
| BRIDGEPORT, INC., ) | |
| ) | |
| Debtors. ) | |
| ) | |
| Tax I.D. No. 22-3697021 ) | |
| In re: ) | Chapter 11 |
| ) | |
| NATIONAL WHOLESALE ) | Case No. 08-12895 (___) |
| LIQUIDATORS OF CHERRY ) | |
| HILL, INC., ) | |
| ) | |
| Debtors. ) | |
| ) | |
| Tax I.D. No. 22-3639263 ) | |
| In re: ) | Chapter 11 |
| ) | |
| NATIONAL WHOLESALE ) | Case No. 08-12898 (___) |
| RX, INC., ) | |
| ) | |
| Debtors. ) | |
| ) | |
| Tax I.D. No. 11-3611930 ) | |
| In re: ) | Chapter 11 |
| ) | |
| NWL MANAGEMENT, INC., ) | Case No. 08-12901 (___) |
| ) | |
| Debtors. ) | |
| ) | |
| Tax I.D. No. 52-2083581 ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONAL WHOLESALE | ) | Case No. 08-12902 (___) |
| LIQUIDATORS OF JERSEY | ) | |
| CITY, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 22-3639264 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONAL WHOLESALE | ) | Case No. 08-12903 (___) |
| LIQUIDATORS OF ORANGE, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 22-3639267 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF GREEN ACRES, INC., | ) | Case No. 08-12907 (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 11-3631308 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF EDISON, INC., | ) | Case No. 08-12908 (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 22-3764822 | ) | |
| In re: | ) | |
| | ) | Chapter 11 |
| NWL OF NORTHERN | ) | |
| BOULEVARD, INC. | ) | Case No. 08-12865 (___) |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 11-3635302 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF BENNING ROAD, INC., | ) | Case No. 08-12867 (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 11-3622833 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF HUNTING PARK, INC., | ) | Case No. 08-12869 (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 74-3060420 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF DISTRICT HEIGHTS, INC., | ) | Case No. 08-12870 (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 30-0084699 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF NEW CASTLE, INC., | ) | Case No. 08-12872 (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 90-0069263 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF R.I. AVE., INC., | ) | Case No. 08-12873 (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 01-0785683 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF DORCHESTER, INC., | ) | Case No. 08-12874 (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 90-0108962 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF READING, INC., | ) | Case No. 08-12875 (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 56-2413735 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF UPPER DARBY, INC., | ) | Case No. 08-12876 (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 90-0135052 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF DEKALB, INC., | ) | Case No. 08-12877 (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 90-0135047 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF NEW CARROLLTON, INC., | ) | Case No. 08-12878 (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 59-3782756 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF CRANSTON, INC., | ) | Case No. 08-12879 (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 84-1651969 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF FALL RIVER, INC., | ) | Case No. 08-12905 (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 84-1651971 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF OREGON AVE., INC., | ) | Case No. 08-12906 (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 84-1651973 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF NORTHLAND, INC., | ) | Case No. 08-12904 (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 23-3902375 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF BEL AIR, INC., | ) | Case No. 08-12881 (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 22-3902373 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF ARAMINGO, INC., | ) | Case No. 08-12882 (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 84-1651974 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF EVERGREEN, INC., | ) | Case No. 08-12883 (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 43-2068308 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF SOUTH ORANGE, INC., | ) | Case No. 08-12892 (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 34-2044151 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF CERMAK, INC., | ) | Case No. 08-12890 (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 34-2044155 | ) | |

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **NWL OF REVERE, INC.,** | ) | **Case No. 08-12889 (___)** |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 20-3322835 | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **NWL OF CATONSVILLE, INC.,** | ) | **Case No. 08-12887 (___)** |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 20-4558474 | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **NWL OF NORTH BERGEN, INC.,** | ) | **Case No. 08-12886 (___)** |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 20-5519512 | ) | |

## MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION FOR ENTRY OF AN ORDER PROVIDING FOR THE JOINT ADMINISTRATION OF CHAPTER 11 CASES

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit this motion (the "Motion") for entry of an order, substantially in the form attached hereto as Exhibit A, providing for the joint administration of the above-captioned chapter 11 cases (the "Chapter 11 Cases"). In support of the Motion, the Debtors rely on the *Affidavit of Michael P. Gold in Support of Chapter 11 Petitions and First Day Motions and Applications* (the "Gold Affidavit"), and respectfully represent and set forth as follows:

### JURISDICTION

1.      This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this proceeding and this Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409.

2.     The statutory basis for the relief requested herein is Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

## INTRODUCTION

3.     On the date hereof (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), together with various motions and applications seeking certain typical "first day" orders.

4.     The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee, examiner or official committee of unsecured creditors has been appointed in the Chapter 11 Cases.

## BACKGROUND

5.     The Debtors operate a chain of 45 general merchandise close-out stores located across 9 states in the Northeast and Mid-Atlantic regions of the United States (each, a "Store" and collectively, the "Stores").  The Stores, which operate under the name "National Wholesale Liquidators," are targeted to lower and lower/middle income customers in densely populated urban and suburban markets.  The average Store size is 54,000 square feet.  The Debtors also maintain warehouse and distribution facilities in Edison, New Jersey and Kingston, Pennsylvania, as well as corporate offices in West Hempstead, New York.

## RELIEF REQUESTED

6.     By this Motion, the Debtors respectfully request the entry of an order providing for the joint administration of the Chapter 11 Cases for procedural purposes only.  The Debtors request that the Court maintain one file and one docket for all of the jointly administered cases under the case number assigned to NWL Holdings, Inc. and that these Chapter 11 Cases be administered under a consolidated caption, as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **NWL HOLDINGS, INC., et al.,**[1] | ) | **Case No. 08-_____(___)** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |

7.     The Debtors also request that an entry be made on the docket of each of the Debtors' Chapter 11 Cases, other than NWL Holdings, Inc., that is substantially similar to the following:

---

[1]   The Debtors are the following entities: NWL Holdings, Inc.; National Wholesale Liquidators, Inc.; National Wholesale Liquidators of Spring Valley, Inc.; 632 Broadway Variety Store, Inc.; Nanuet Wholesale Liquidators, Inc.; National Wholesale Liquidators of West Hempstead; National Wholesale Liquidators of Kissena Center, Inc.; National Wholesale Distributors, Inc.; National Wholesale Liquidators of Bethpage, Inc.; National Wholesale Liquidators of Baldwin, Inc.; National Wholesale Liquidators of Farmingdale, Inc.; National Wholesale Liquidators of Middletown, Inc.; National Wholesale Liquidators of Linden, Inc.; National Wholesale Liquidators of Newark, Inc.; National Wholesale Liquidators of Philadelphia, Inc.; National Wholesale Liquidators of Cottman, LLC; National Wholesale Liquidators of Patterson, LLC; National Wholesale Liquidators of Glenolden, LLC; National Wholesale Liquidators of Hempstead, Inc.; National Wholesale Liquidators of Brooklyn, Inc.; National Wholesale Liquidators of Yonkers, Inc.; National Wholesale Liquidators of Staten Island, Inc.; NWL Buying, Inc.; National Wholesale Liquidators of Kissena Center 2, Inc.; NWL of East Haven, Inc.; NWL of Babylon, Inc.; NWL of Co-op City, Inc.; NWL of Nanuet, Inc.; NWL of Bay Parkway, Inc.; NWL of Langley Park, Inc.; NWL of Reistertown, Inc.; National Wholesale Liquidators of Union, Inc.; National Wholesale Liquidators of Bridgeport, Inc.; National Wholesale Liquidators of Cherry Hill, Inc.; National Wholesale RX, Inc.; NWL Management, Inc., National Wholesale Liquidators of Jersey City, Inc.; National Wholesale Liquidators of Orange, Inc.; NWL of Green Acres, Inc.; NWL of Edison, Inc.; NWL of Northern Boulevard, Inc.; NWL of Benning Road, Inc.; NWL of Hunting Park, Inc.; NWL of District Heights, Inc.; NWL of New Castle, Inc.; NWL of R.I. Ave, Inc.; NWL of Dorchester, Inc.; NWL of Reading, Inc.; NWL of Upper Darby, Inc.; NWL of Dekalb, Inc.; NWL of New Carrollton, Inc.; NWL of Cranston, Inc.; NWL of Fall River, Inc.; NWL of Oregon Ave., Inc.; NWL of Northland, Inc.; NWL of Bel Air, Inc.; NWL of Aramingo, Inc.; NWL of Evergreen, Inc.; NWL of South Orange, Inc.; NWL of Cermak, Inc.; NWL of Revere, Inc.; NWL of Catonsville, Inc.; and NWL of North Bergen, Inc.

An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 Cases commenced by NWL Holdings, Inc. and its affiliates, in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 08-_____ (____).

## BASIS FOR RELIEF REQUESTED

8.     Bankruptcy Rule 1015(b) provides, in pertinent part, that "(i)f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." The Debtors are "affiliates" as that term is defined under section 101(2) of the Bankruptcy Code.     Accordingly, the Bankruptcy Code and Bankruptcy Rules authorize the Court to grant the relief requested herein.

9.     In addition, Local Rule 1015-1 provides as follows:

> An order of joint administration may be entered, without notice and an opportunity for hearing, upon the filing of a motion for joint administration pursuant to Fed. R. Bankr. P. 1015, supported by an affidavit, declaration or verification, which establishes that the joint administration of two or more cases pending in this Court under title 11 is warranted and will ease the administrative burden for the Court and the parties. An order of joint administration entered in accordance with this Local Rule may be reconsidered upon motion of any party in interest at any time. An order of joint administration under this Local Rule is for procedural purposes only and shall not cause a "substantive" consolidation of the respective debtors' estates.

Del. Bankr. L.R. 1015-1.

10.     The Debtors intend to file with this Court a number of motions, applications, and other pleadings meant to apply to each of the Debtors' cases. The joint administration of the Chapter 11 Cases, including the combining of notices to creditors of the respective estates and the calling and hearing of all matters related to the Debtors at the same time, will promote economical and efficient administration of the Debtors' estates.

11.     The rights of the respective creditors of each of the Debtors will not be adversely affected by joint administration of these cases since the relief sought herein is purely procedural and is in no way intended to affect substantive rights. Each creditor will be entitled to file a claim against the particular estate owing it money and to proceed individually in any other way against any of the Debtors, if necessary or unless otherwise ordered by the Court. Finally, the relief requested by this Motion will also simplify supervision of the administrative aspects of these cases by the Office of the United States Trustee.

12.     The entry of a joint administration order in multiple related cases is common and generally non-controversial in this district. See, e.g., In re: Progressive Molded Products, Inc., Case No. 08-11253 (KJC) (Bankr. D. Del. June 24, 2008); In re Tropicana Entertainment, LLC, Case No. 08-10856 (KJC) (Bankr. D. Del. May 6, 2008); In re Linens Holding Co., Case No. 08-10832 (CSS) (Bankr. D. Del. May 2, 2008); In re Dan River Holdings LLC, Case No. 08-10726 (BLS) (Bankr. D. Del. Apr. 22, 2008); In re Powermate Holding Corp., Case No. 08-10498 (KG) (Bankr. D. Del. Mar. 18, 2008); In re Leiner Health Products Inc., Case No. 08-10446 (KJC) (Bankr. D. Del. Mar. 12, 2008); In re Lillian Vernon Corporation, Case No. 08-10323 (BLS) (Bankr. D. Del. Feb. 21, 2008); In re Wickes Holdings, LLC, No. 08-10212 (KJC) (Bankr. D. Del. Feb. 5, 2008); In re Buffets Holdings, Inc., Case No. 08-10141 (MFW) (Bankr. D. Del. Jan. 23, 2008); In re Pope & Talbot, Inc., No. 07-11738 (CSS) (Bankr. D. Del. Nov. 21, 2007); In re American Home Mortgage Holdings, Inc., No. 07-11047 (CSS) (Bankr. D. Del. Aug. 7, 2007); In re Tweeter Home Entertainment Group, Inc., No. 07-10787 (PJW) (Bankr. D. Del. June 13, 2007).

13.     The relief requested herein is procedural in nature only; no substantive consolidation is sought by this Motion. As set forth above and in the Gold Affidavit, the Debtors

submit that the joint administration of these Chapter 11 Cases is in the best interests of the Debtors' estates, their creditors and all other parties in interest.

## NOTICE

14.     The Debtors have provided notice of this Motion by facsimile and overnight mail to: (a) the Office of the United States Trustee; (b) counsel to General Electric Capital Corporation, as lender and agent for the Debtors' pre-petition senior secured and proposed post-petition secured lenders; (c) counsel to HBK Investments L.P., as Debtor's pre-petition junior secured lender; (d) those creditors listed on the Debtors' Consolidated List of Creditors Holding the 20 Largest Unsecured Claims; (e) the United States Securities and Exchange Commission; (f) the Office of the United States Attorney General for the District of Delaware; and (g) the Internal Revenue Service.  As this Motion is seeking first-day relief, notice of this Motion and any order entered hereon will be served on all parties required by Del. Bankr. L.R. 9013-1(m).  Due to the urgency of the circumstances surrounding this Motion and the nature of the relief requested herein, the Debtors respectfully submit that no further notice of this Motion is required.

## NO PRIOR REQUEST

15.     No prior motion for the relief requested herein has been made to this or any other court.

WHEREFORE, for the reasons set forth herein and in the Gold Affidavit, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as Exhibit A, granting the relief requested herein and such other and further relief as the Court deems just and proper.

Dated:  November 10, 2008
        Wilmington, Delaware

Respectfully submitted,

Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Lee E. Kaufman (No. 4877)
L. Katherine Good (No. 5101)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

DREIER LLP
Paul Traub
Steven E. Fox
Wendy G. Marcari
Brett J. Nizzo
499 Park Avenue
New York, New York 10022
Telephone:  (212) 328-6100
Facsimile:  (212) 328-6101

*Proposed Counsel to the Debtors*
*and Debtors-in-Possession*

# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **NWL HOLDINGS, INC.,** | ) | Case No. 08-_____ (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| <u>Tax I.D. No. 11-3158236</u> | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| **NATIONAL WHOLESALE** | ) | Case No. 08-_____ (___) |
| **LIQUIDATORS, INC.,** | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| <u>Tax I.D. No.  11-2700760</u> | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| **NATIONAL WHOLESALE** | ) | Case No. 08-_____ (___) |
| **LIQUIDATORS OF SPRING** | ) | |
| **VALLEY, INC.,** | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| <u>Tax I.D. No.  13-3419991</u> | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| **632 BROADWAY VARIETY** | ) | Case No. 08-_____ (___) |
| **STORE, INC.,** | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| <u>Tax I.D. No. 13-3484665</u> | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| **NANUET WHOLESALE** | ) | Case No. 08-_____ (___) |
| **LIQUIDATORS, INC.,** | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| <u>Tax I.D. No. 13-3492387</u> | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONAL WHOLESALE | ) | Case No. 08-_____(___) |
| LIQUIDATORS OF WEST | ) | |
| HEMPSTEAD, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 11-3001900 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONAL WHOLESALE | ) | Case No. 08-_____(___) |
| LIQUIDATORS KISSENA | ) | |
| CENTER, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 11-3018833 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONAL WHOLESALE | ) | Case No. 08-_____(___) |
| DISTRIBUTORS, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 11-3060169 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONAL WHOLESALE | ) | Case No. 08-_____(___) |
| LIQUIDATORS OF | ) | |
| BETHPAGE, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 11-3095219 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONAL WHOLESALE | ) | Case No. 08-_____(___) |
| LIQUIDATORS OF | ) | |
| BALDWIN, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 11-3152192 | ) | |

2

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **NATIONAL WHOLESALE** | ) | Case No. 08-_____ (___) |
| **LIQUIDATORS OF** | ) | |
| **FARMINGDALE, INC.,** | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| <u>Tax I.D. No. 11-3166813</u> | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| **NATIONAL WHOLESALE** | ) | Case No. 08-_____ (___) |
| **LIQUIDATORS OF** | ) | |
| **MIDDLETOWN, INC.,** | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| <u>Tax I.D. No. 13-3755815</u> | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| **NATIONAL WHOLESALE** | ) | Case No. 08-_____ (___) |
| **LIQUIDATORS OF** | ) | |
| **LINDEN, INC.,** | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| <u>Tax I.D. No. 22-3330580</u> | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| **NATIONAL WHOLESALE** | ) | Case No. 08-_____ (___) |
| **LIQUIDATORS OF** | ) | |
| **NEWARK, INC.,** | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| <u>Tax I.D. No. 22-3425428</u> | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| **NATIONAL WHOLESALE** | ) | Case No. 08-_____ (___) |
| **LIQUIDATORS OF** | ) | |
| **PHILADELPHIA, INC.,** | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| <u>Tax I.D. No. 23-2859404</u> | ) | |

3

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONAL WHOLESALE | ) | Case No. 08-_____(___) |
| LIQUIDATORS OF | ) | |
| COTTMAN, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 23-2925527 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONAL WHOLESALE | ) | Case No. 08-_____(___) |
| LIQUIDATORS OF | ) | |
| PATTERSON, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 22-3543399 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONAL WHOLESALE | ) | Case No. 08-_____(___) |
| LIQUIDATORS OF | ) | |
| GLENOLDEN, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 52-2083583 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONAL WHOLESALE | ) | Case No. 08-_____(___) |
| LIQUIDATORS OF | ) | |
| HEMPSTEAD, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 11-3246498 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONAL WHOLESALE | ) | Case No. 08-_____(___) |
| LIQUIDATORS OF | ) | |
| BROOKLYN, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 11-3332334 | ) | |

4

RLF1-3339074-2

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| NATIONAL WHOLESALE LIQUIDATORS OF YONKERS, INC., | Case No. 08-_____(___) |
| | |
| Debtors. | |
| | |
| Tax I.D. No. 11-3239600 | |
| In re: | Chapter 11 |
| | |
| NATIONAL WHOLESALE LIQUIDATORS OF STATEN ISLAND, INC., | Case No. 08-_____(___) |
| | |
| Debtors. | |
| | |
| Tax I.D. No. 13-4048136 | |
| In re: | Chapter 11 |
| | |
| NWL BUYING, INC., | Case No. 08-_____(___) |
| | |
| Debtors. | |
| | |
| Tax I.D. No. 52-2083580 | |
| In re: | Chapter 11 |
| | |
| NATIONAL WHOLESALE LIQUIDATORS OF KISSENA CENTER 2, INC., | Case No. 08-_____(___) |
| | |
| Debtors. | |
| | |
| Tax I.D. No. 11-3226742 | |
| In re: | Chapter 11 |
| | |
| NWL OF EAST HAVEN, INC., | Case No. 08-_____(___) |
| | |
| Debtors. | |
| | |
| Tax I.D. No. 22-3740687 | |

5

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF BABYLON, INC., | ) | Case No. 08-_____(___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 11-3522653 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF CO-OP CITY, INC., | ) | Case No. 08-_____(___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 13-4092945 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF NANUET, INC., | ) | Case No. 08-_____(___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 13-4092946 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF BAY PARKWAY, INC., | ) | Case No. 08-_____(___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 11-3522654 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF LANGLEY PARK, INC., | ) | Case No. 08-_____(___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 22-3722368 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF REISTERTOWN, INC., | ) | Case No. 08-_____(___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 22-3722371 | ) | |

6

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **NATIONAL WHOLESALE** | ) | **Case No. 08-_____(___)** |
| **LIQUIDATORS OF UNION, INC.,** | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| **Tax I.D. No. 11-3541915** | ) | |
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **NATIONAL WHOLESALE** | ) | **Case No. 08-_____(___)** |
| **LIQUIDATORS OF** | ) | |
| **BRIDGEPORT, INC.,** | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| **Tax I.D. No. 22-3697021** | ) | |
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **NATIONAL WHOLESALE** | ) | **Case No. 08-_____(___)** |
| **LIQUIDATORS OF CHERRY** | ) | |
| **HILL, INC.,** | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| **Tax I.D. No. 22-3639263** | ) | |
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **NATIONAL WHOLESALE** | ) | **Case No. 08-_____(___)** |
| **RX, INC.,** | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| **Tax I.D. No. 11-3611930** | ) | |
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **NWL MANAGEMENT, INC.,** | ) | **Case No. 08-_____(___)** |
| | ) | |
| Debtors. | ) | |
| | ) | |
| **Tax I.D. No. 52-2083581** | ) | |

7

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| **NATIONAL WHOLESALE** ) | Case No. 08-_____ (___) |
| **LIQUIDATORS OF JERSEY** ) | |
| **CITY, INC.,** ) | |
| ) | |
| Debtors. ) | |
| ) | |
| <u>Tax I.D. No. 22-3639264</u> ) | |
| In re: ) | Chapter 11 |
| ) | |
| **NATIONAL WHOLESALE** ) | Case No. 08-_____ (___) |
| **LIQUIDATORS OF ORANGE, INC.,** ) | |
| ) | |
| Debtors. ) | |
| ) | |
| <u>Tax I.D. No. 22-3639267</u> ) | |
| In re: ) | Chapter 11 |
| ) | |
| **NWL OF GREEN ACRES, INC.,** ) | Case No. 08-_____ (___) |
| ) | |
| Debtors. ) | |
| ) | |
| <u>Tax I.D. No. 11-3631308</u> ) | |
| In re: ) | Chapter 11 |
| ) | |
| **NWL OF EDISON, INC.,** ) | Case No. 08-_____ (___) |
| ) | |
| Debtors. ) | |
| ) | |
| <u>Tax I.D. No. 22-3764822</u> ) | |
| In re: ) | |
| ) | Chapter 11 |
| **NWL OF NORTHERN** ) | |
| **BOULEVARD, INC.** ) | Case No. 08-_____ (___) |
| Debtors. ) | |
| ) | |
| <u>Tax I.D. No. 11-3635302</u> ) | |
| In re: ) | Chapter 11 |
| ) | |
| **NWL OF BENNING ROAD, INC.,** ) | Case No. 08-_____ (___) |
| ) | |
| Debtors. ) | |
| ) | |
| <u>Tax I.D. No. 11-3622833</u> ) | |

8

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF HUNTING PARK, INC., | ) | Case No. 08-_____ (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 74-3060420 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF DISTRICT HEIGHTS, INC., | ) | Case No. 08-_____ (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 30-0084699 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF NEW CASTLE, INC., | ) | Case No. 08-_____ (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 90-0069263 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF R.I. AVE, INC., | ) | Case No. 08-_____ (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 01-0785683 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF DORCHESTER, INC., | ) | Case No. 08-_____ (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 90-0108962 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF READING, INC., | ) | Case No. 08-_____ (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 56-2413735 | ) | |

9

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF UPPER DARBY, INC., | ) | Case No. 08-_____(___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 90-0135052 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF DEKALB, INC., | ) | Case No. 08-_____(___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 90-0135047 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF NEW CARROLLTON, INC., | ) | Case No. 08-_____(___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 59-3782756 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF CRANSTON, INC., | ) | Case No. 08-_____(___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 84-1651969 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF FALL RIVER, INC., | ) | Case No. 08-_____(___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 84-1651971 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NWL OF OREGON AVE., INC., | ) | Case No. 08-_____(___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Tax I.D. No. 84-1651973 | ) | |

10

| | |
|---|---|
| In re: | Chapter 11 |
| NWL OF NORTHLAND, INC., | Case No. 08-_____(___) |
| Debtors. | |
| Tax I.D. No. 23-3902375 | |
| In re: | Chapter 11 |
| NWL OF BEL AIR, INC., | Case No. 08-_____(___) |
| Debtors. | |
| Tax I.D. No. 22-3902373 | |
| In re: | Chapter 11 |
| NWL OF ARAMINGO, INC., | Case No. 08-_____(___) |
| Debtors. | |
| Tax I.D. No. 84-1651974 | |
| In re: | Chapter 11 |
| NWL OF EVERGREEN, INC., | Case No. 08-_____(___) |
| Debtors. | |
| Tax I.D. No. 43-2068308 | |
| In re: | Chapter 11 |
| NWL OF SOUTH ORANGE, INC., | Case No. 08-_____(___) |
| Debtors. | |
| Tax I.D. No. 34-2044151 | |
| In re: | Chapter 11 |
| NWL OF CERMAK, INC., | Case No. 08-_____(___) |
| Debtors. | |
| Tax I.D. No. 34-2044155 | |

11

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **NWL OF REVERE, INC.,** | ) | Case No. 08-_____ (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| <u>Tax I.D. No. 20-3322835</u> | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **NWL OF CATONSVILLE, INC.,** | ) | Case No. 08-_____ (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| <u>Tax I.D. No. 20-4558474</u> | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **NWL OF NORTH BERGEN, INC.,** | ) | Case No. 08-_____ (___) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| <u>Tax I.D. No. 20-5519512</u> | ) | |

## ORDER DIRECTING JOINT ADMINISTRATION
## OF DEBTORS' CHAPTER 11 CASES

This matter coming before the Court on the Motion of the Debtors[1] for an Order

Pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 directing joint administration of the

above-captioned chapter 11 cases (the "Motion"); the Court having reviewed the Motion and the

Affidavit of Michael P. Gold in Support of First Day Relief; the Court having found that the

Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that venue is

proper in this district pursuant to 28 U.S.C. § 1408 and 1409; that this is a core proceeding

pursuant to 28 U.S.C. § 157(b) and (d); and notice of the Motion having been sufficient under the

circumstances; and the Court having determined that the legal and factual basis set forth in the

Motion establish just cause for the relief granted herein;

---

[1] Capitalized terms not defined herein shall have the meaning given to them in the Motion.

12

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

2.    In accordance with Bankruptcy Rule 1015(b) and Local Rule 1015-1, the above-captioned Chapter 11 Cases are hereby consolidated, for procedural purposes only, and shall be jointly administered by this Court.

3.    The caption of the jointly administered Chapter 11 Cases shall read as follows (footnote included):

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **NWL HOLDINGS, INC., et al.,**[1] | ) | **Case No. 08-_____(___)** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |

4.    No party shall be required to list any further information beyond that set forth above in pleadings filed in these Chapter 11 Cases.

---

[1]    The Debtors are the following entities: NWL Holdings, Inc.; National Wholesale Liquidators, Inc.; National Wholesale Liquidators of Spring Valley, Inc.; 632 Broadway Variety Store, Inc.; Nanuet Wholesale Liquidators, Inc.; National Wholesale Liquidators of West Hempstead; National Wholesale Liquidators of Kissena Center, Inc.; National Wholesale Distributors, Inc.; National Wholesale Liquidators of Bethpage, Inc.; National Wholesale Liquidators of Baldwin, Inc.; National Wholesale Liquidators of Farmingdale, Inc.; National Wholesale Liquidators of Middletown, Inc.; National Wholesale Liquidators of Linden, Inc.; National Wholesale Liquidators of Newark, Inc.; National Wholesale Liquidators of Philadelphia, Inc.; National Wholesale Liquidators of Cottman, LLC; National Wholesale Liquidators of Patterson, LLC; National Wholesale Liquidators of Glenolden, LLC; National Wholesale Liquidators of Hempstead, Inc.; National Wholesale Liquidators of Brooklyn, Inc.; National Wholesale Liquidators of Yonkers, Inc.; National Wholesale Liquidators of Staten Island, Inc.; NWL Buying, Inc.; National Wholesale Liquidators of Kissena Center 2, Inc.; NWL of East Haven, Inc.; NWL of Babylon, Inc.; NWL of Co-op City, Inc.; NWL of Nanuet, Inc.; NWL of Bay Parkway, Inc.; NWL of Langley Park, Inc.; NWL of Reistertown, Inc.; National Wholesale Liquidators of Union, Inc.; National Wholesale Liquidators of Bridgeport, Inc.; National Wholesale Liquidators of Cherry Hill, Inc.; National Wholesale RX, Inc.; NWL Management, Inc.; National Wholesale Liquidators of Jersey City, Inc.; National Wholesale Liquidators of Orange, Inc.; NWL of Green Acres, Inc.; NWL of Edison, Inc.; NWL of Northern Boulevard, Inc.; NWL of Benning Road, Inc.; NWL of Hunting Park, Inc.; NWL of District Heights, Inc.; NWL of New Castle, Inc.; NWL of R.I. Ave, Inc.; NWL of Dorchester, Inc.; NWL of Reading, Inc.; NWL of Upper Darby, Inc.; NWL of Dekalb, Inc.; NWL of New Carrollton, Inc.; NWL of Cranston, Inc.; NWL of Fall River, Inc.; NWL of Oregon Ave., Inc.; NWL of Northland, Inc.; NWL of Bel Air, Inc.; NWL of Aramingo, Inc.; NWL of Evergreen, Inc.; NWL of South Orange, Inc.; NWL of Cermak, Inc.; NWL of Revere, Inc.; NWL of Catonsville, Inc.; and NWL of North Bergen, Inc.

13

5.      All original docket entries shall be made in the case NWL Holdings, Inc.,

et al., Case No. 08-_____ (   ), and the Clerk of this Court is directed to forthwith make a

separate docket entry in each of the Debtors' cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 Cases commenced by NWL Holdings, Inc. and its affiliates, in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.   All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 08- _____ (____).

6.      Nothing contained in the Motion or in this Order shall be construed to

cause substantive consolidation of these Chapter 11 Cases.

7.      The Debtors are authorized to take all actions necessary to effectuate the

relief granted pursuant to this Order.

8.      The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

9.      The Court retains jurisdiction with respect to all matters arising from or

related to the implementation of this Order.

Dated: November __, 2008
       Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE