# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NWL HOLDINGS, INC., et al., | ) | Case No. 08-12847 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Related D.I. No. 757 |
| | ) | **Hearing Date: TBD** |
| _____ | ) | **Objection Deadline: August 19, 2009 @ 4:00 p.m.** |

## NOTICE OF MOTION OF HBK INVESTMENTS L.P. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

PLEASE TAKE NOTICE that HBK Investments L.P. filed its *Motion for Allowance and Payment of Administrative Expense Claim* (the "Motion") on July 30, 2009.

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be in writing, filed with the Court and served upon the undersigned counsel so as to be **received by August 19, 2009 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE that if you fail to comply file an objection or response by this date, the Court may enter the relief requested in the Motion without further notice or hearing.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion and any objections thereto will be held on **a date and time to be determined.**

Dated: July 30, 2009
      Wilmington, Delaware      WHITEFORD TAYLOR PRESTON LLC

      /s/ Thomas J. Francella, Jr.
      Thomas J. Francella, Jr. (DE ID 3835)
      1220 N. Market Street, Suite 608
      Wilmington, DE 19801
      Telephone: (302) 482-8752
      Facsimile: (302) 258-0801
      Email: tfrancella@wtplaw.com

1864888