IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| NWL HOLDINGS, INC., et al., | Case No. 08-12847 (MFW) |
| Debtors. | Objections Due: September 24, 2009 at 4:00 p.m. |

## NOTICE OF TRANSFER OF SCHEDULED CLAIM
## PURSUANT TO BANKRUPTCY RULE 3001(e)

PLEASE TAKE NOTICE that all right, title and interest in and to each of the claims listed on **Exhibit A** attached hereto (collectively, the "Transferred Claim") have been transferred to:

>The CIT Group/Commercial Services, Inc. ("Transferee")
>11 West 42nd Street
>New York, New York 10036

PLEASE TAKE FURTHER NOTICE that no action is required if you do not object to the transfers of the Transferred Claims to the Transferror. Formal written objections to the transfers must be filed with the Clerk of the Court **on or before September 24, 2009 at 4:00 p.m. (EST)** at the address below:

>Clerk of the Court
>United States Bankruptcy Court
>for the District of Delaware
>824 Market Street, 3rd Floor
>Wilmington, Delaware 19801

In addition, you must serve a copy of your written objection to the Transferee.

PLEASE TAKE FURTHER NOTICE that if no objection is timely filed, the Transferee will be substituted for the Transferor on our records as a claimant in these bankruptcy proceedings.

Dated: September 4, 2009

_____
Christine D. Dery
Assistant Vice President
The CIT Group/Commercial Services, Inc.

167016-1