# EXHIBIT A
## List of Transferred Claims

| CLAIM NO. | DATE FILED | TRANSFEROR | ADDRESS | CITY | STATE | ZIP | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1096 | 07/17/09 | Children's Resource Club, Inc. | 112 West 24th Street, Suite 830 | New York | NY | 10120 | $ 1,404.90 |
| 1112 | 07/20/09 | Jeelish Impex Inc. | 420 Jericho Turnpike, Suite 328 | Jericho | NY | 11753 | $ 2,592.00 |
| 1135 | 07/21/09 | Angel Made in Heaven | 525 7th Avenue #1710 | New York | NY | 10018 | $ 31,752.00 |
| Scheduled | | Alliance Wholesale C | 10 West 33rd Street | New York | NY | 10001 | $ 15,454.86 |
| Scheduled | | Allura Imports | 112 W. 34th Street - Room 1127 | New York | NY | 10120 | $ 216,390.85 |
| Scheduled | | Almost Nothing Inc. | 1620-S Los Angeles St. #C | Los Angeles | CA | 90015 | $ 9,552.00 |
| Scheduled | | Amanda Paige Sales | 50 East Palisade Ave. | Englewood | NJ | 07631 | $ 2,592.00 |
| Scheduled | | American Lighting | 800 A Iowa Ave. | Riverside | CA | 92507 | $ 18,126.20 |
| Scheduled | | Andy Miller Global S. | 51 Willow Street - Rear Bldg. | Washington | NJ | 07882 | $ 10,024.47 |
| Scheduled | | Avanti Products | P. O. Box 277571, P.O. Box 52604 | Atlanta | GA | 30384-7571 | $ 55,155.00 |
| Scheduled | | Baron Distributor I | 1601 Perrine Place - Bldg. A | Los Angeles | CA | 90023 | $ 1,701.00 |
| Scheduled | | BLS Enterprises | 6505 Washington Blvd. | Commerce | CA | 90040 | $ 15,514.40 |
| Scheduled | | Brooklyn Lollipop Im | 7 Marcus Garvey | Brooklyn | NY | 11206 | $ 24,358.16 |
| Scheduled | | Carpet Enterprises I | P. O. Box 4986 | Atlanta | GA | 30302-4986 | $ 24,247.60 |
| Scheduled | | CCA International NJ | 328 Thomas Street | Newark | NJ | 07114 | $ 8,937.44 |
| Scheduled | | CEM Global LLC | 6950 N.W. 77th Court | Miami | FL | 33166 | $ 169,045.28 |
| Scheduled | | Chateau Group | 330 Fifth Ave. | New York | NY | 10001 | $ 7,441.20 |
| Scheduled | | Cherry Stix Ltd. | 1407 Broadway - Suite 1503 | New York | NY | 10018 | $ 10,927.60 |
| Scheduled | | CHF | P. O. Box 31272 | Charlotte | NC | 28231,1272 | $ 4,323.00 |
| Scheduled | | Chica Bonita | 1407 Broadway | New York | NY | 10018 | $ 8,531.10 |
| Scheduled | | Connexion Sportswear | P. O. Box 20374 | Greeley Square Station | NY | 10001-9992 | $ 43,437.80 |
| Scheduled | | Crest Home Design | 1407 Broadway - Suite 2702 | New York | NY | 10018 | $ 40,212.16 |
| Scheduled | | Dick Kaufman Inc. | 1440 E. Erie Ave. | Philadelphia | PA | 19124 | $ 23,216.00 |
| Scheduled | | DN Sales | 450 7th Ave. | New York | NY | 10123 | $ 2,016.00 |
| Scheduled | | Dreamwear | 183 Madison Ave. - Suite 1015 | New York | NY | 10016 | $ 3,900.00 |
| Scheduled | | Dweck Associates | 230 Fifth Ave. - Suite 616 | New York | NY | 10001 | $ 1,580.00 |
| Scheduled | | EHL Imports | 1407 Broadway | New York | NY | 10018 | $ 5,375.00 |
| Scheduled | | Eve International | 34 35th Street | Brooklyn | NY | 11232 | $ 33,127.00 |
| Scheduled | | ExCell Home Fashions | ExCell Division, One Linde Drive, P. O. Box 1879 | Goldsboro | NC | 27533 | $ 19,425.00 |
| Scheduled | | Fashion Road Inc. | 1407 Broadway - Suite 1811 | New York | NY | 10018 | $ 39,896.25 |
| Scheduled | | Fashion Trend | 1407 Broadway - Suite 1020 | New York | NY | 10018 | $ 20,283.00 |
| Scheduled | | Furniture RTA Inc. | 4544 Columbus | Virginia Beach | VA | 23462 | $ 59,370.00 |
| Scheduled | | Gary Stein Sales | 2 Columbia Road | Livingston | NJ | 07039 | $ 20,246.80 |
| Scheduled | | Gi Gi Int LTD | 151 West 40th Street | New York | NY | 10018 | $ 35,442.00 |
| Scheduled | | Gibson Overseas Inc. | 2410 Yates Ave. | Commerce | CA | 90040-1918 | $ 22,094.40 |
| Scheduled | | Gina Group Ltd | Empire State Bldg. 350 Fifth Ave. - Suite 3009 | New York | NY | 10118 | $ 89,305.80 |
| Scheduled | | Glenoit Mills | P.O. Box 1070 | Charlotte | NC | 28201 | $ 6,850.00 |
| Scheduled | | Global Gold | 1410 Broadway, 8th Floor | New York | NY | 10018 | $ 159,080.00 |
| Scheduled | | Gold Medal Hosiery | One East 33rd Street | New York | NY | 10016 | $ 44,647.64 |
| Scheduled | | Haselson International | 350 5th Ave. - Suite 5316 | New York | NY | 1118-5333 | $ 21,029.45 |
| Scheduled | | Homerica East | 40F Cotters Lane | East Brunswick | NJ | 08816 | $ 11,114.33 |
| Scheduled | | Hot Stitch LLC | 1407 Broadway - Suite 1208 | New York | NY | 10018 | $ 1,031.00 |
| Scheduled | | IDT | 755 E. 1s Street | Los Angeles | CA | 90021 | $ 19,431.00 |
| Scheduled | | Ikbal Carpet | 30 Wesley St. Unit 8 | S. Hackensack | NJ | 07606 | $ 130,240.88 |
| Scheduled | | In 7 Clothing Inc. | 1400 Broadway - Suite 404 | New York | NY | 10018 | $ 6,167.00 |
| Scheduled | | International Closeo | 4100 West Side Ave. | N. Bergen | NJ | 07407 | $ 221,815.75 |
| Scheduled | | Intimate Co. LLC | 131 West 33rd Street - Suite 1109 | New York | NY | 10001 | $ 14,594.25 |
| Scheduled | | KBB and Associates I | 1175 Mc Cabe Ave. | Elk Grove Village | IL | 60007 | $ 14,344.00 |
| Scheduled | | King David Linen LLC | 523 East 82 Street | Brooklyn | NY | 11236 | $ 22,680.00 |
| Scheduled | | Klaussner Furniture | 405 Lowallen Street | Asheboro | NC | 27204 | $ 30,292.10 |
| Scheduled | | Latl Fashions | 2041 McDonald Ave. | Brooklyn | NY | 11223 | $ 48,904.90 |
| Scheduled | | LB International Inc. | 150 Engineers Road | Hauppauge | NY | 11788 | $ 263,279.04 |
| Scheduled | | LBU | 217 Brook Ave. | Passaic | NJ | 07055 | $ 4,173.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Scheduled | Mango USA Inc. Nana F | 5620 1st Ave. - 1st Floor | Brooklyn | NY | 11220 | $ 65,563.50 |
| Scheduled | Mercury Beach Maid I | P.O. Box 3250 - Suite 2102 | New York | NY | 10018 | $ 25,475.00 |
| Scheduled | Millenium Clothing I | 1407 Broadway | New York | NY | 10018 | $ 22,860.50 |
| Scheduled | Moose Mountain Toyma | Unit 704-6 7F Energy Plaza, 92 Granville Road | Tsimshatsui East, Kowloon | | Hong Kong | $ 56,568.05 |
| Scheduled | Native Intimates | 148 Madison Ave. - Suite 1702 | New York | NY | 10016 | $ 4,584.20 |
| Scheduled | NYC Idol Apparel Inc. | 1385 Broadway - Suite 1110 | New York | NY | 10018 | $ 6,995.00 |
| Scheduled | OffPrice Network | 2305 S. Santa Fe Ave. | Los Angeles | CA | 90058 | $ 9,177.50 |
| Scheduled | Omega Apparel Ltd | 10 West 33rd Street | New York | NY | 10001 | $ 28,851.90 |
| Scheduled | Organize It All | 111 Central Ave. | Teterboro | NJ | 07608 | $ 17,543.93 |
| Scheduled | Only City Active Spo | 1704 McDonald Ave. | Brooklyn | NY | 11230 | $ 4,791.00 |
| Scheduled | Pants & Shirt Cor | 7 Marcus Garvey | Brooklyn | NY | 11206 | $ 26,833.00 |
| Scheduled | Paris Accessories In | Box 5777, GPO | New York | NY | 10087-5727 | $ 41,153.63 |
| Scheduled | Pegasus Pillow Co | P.O. Box 265-E Port Station, 107 Trumbull Street | Elizabeth | NJ | 07206 | $ 124,681.98 |
| Scheduled | Perfect Fit Industri | P.O. Box 1036 | Charlotte | NC | 28201-1036 | $ 16,922.00 |
| Scheduled | Phamy Silk Group | 525 Seventh Ave. | New York | NY | 10018 | $ 9,188.28 |
| Scheduled | PlayKids USA Inc. | 2247 East 66th Street | Brooklyn | NY | 11234 | $ 7,500.00 |
| Scheduled | Pride USA BD Inc. | 441 Southern Blvd - 1st Floor | Bronx | NY | 10455 | $ 17,208.00 |
| Scheduled | Prime Garment | 1407 Broadway - Suite 1200 | New York | NY | 10018 | $ 8,395.50 |
| Scheduled | Primo International | 7000 Hochelaga East | Montreal, Quebec | CN | H1N1Y7 | $ 81,642.67 |
| Scheduled | Princess Inc. | 1407 Broadway - Suite 2319 | New York | NY | 10018 | $ 10,911.10 |
| Scheduled | R Siskind Inc. | 1385 Broadway | New York | NY | 10018 | $ 10,685.00 |
| Scheduled | Real Underwear Inc. | 55 West 26th Street - Suite 2014 | New York | NY | 10010 | $ 2,556.00 |
| Scheduled | RRH Sales Corp. | 33 Taifor Road | East Rockaway | NY | 11518 | $ 63,982.14 |
| Scheduled | Sakar International | 195 Carter Drive | Edison | NJ | 08817 | $ 36,699.09 |
| Scheduled | Scope Imports | 8020 Blankenship | Houston | TX | 77055-1018 | $ 9,192.30 |
| Scheduled | Seena International | 530 7th Ave. - Suite 1505 | New York | NY | 10018 | $ 3,836.00 |
| Scheduled | SGR Apparel | 500 Seventh Ave. - Suite 1024B | New York | NY | 10018 | $ 52,662.75 |
| Scheduled | Simex Trading Co Inc. | 1039 McDonald Ave. | Brooklyn | NY | 11230 | $ 38,853.00 |
| Scheduled | Sindrella Distributo | 151 West 40th Street | New York | NY | 10018 | $ 21,448.00 |
| Scheduled | Smiles Fashion | 1407 Broadway | New York | NY | 10018 | $ 8,144.00 |
| Scheduled | Star Ride Kids | 112 West 34th Street - 8th Floor | New York | NY | 10120 | $ 1,187.45 |
| Scheduled | The Whole Shabang | 512 7th Ave. - 32nd Floor | New York | NY | 10018 | $ 10,174.00 |
| Scheduled | Tirosh International | 69-13 185th Street | Fresh Meadows | NY | 11365 | $ 87,892.18 |
| Scheduled | United Fashion Outfi | 43 West 33rd Street - Suite 201 | New York | NY | 10001 | $ 30,377.00 |
| Scheduled | United Furniture NY-Middlegate | 220 36th Street | Brooklyn | NY | 11223 | $ 10,150.00 |
| Scheduled | Vault Sportswear Inc. | 1407 Broadway - Room 1810 | New York | NY | 10018 | $ 9,292.00 |
| Scheduled | Volume Apparel Group | 1430 Broadway | New York | NY | 10018 | $ 18,221.10 |
| Scheduled | Wire World of Americ | 1878 Clements Ferry Road | Charleston | SC | 29492 | $ 36,491.09 |
| Scheduled | YDD Trading Inc. | 1357 Broadway - Suite 241 | New York | NY | 10018 | $ 5,081.00 |
| Scheduled | Yoki Sport Inc. | 1407 Broadway - Suite 2207 | New York | NY | 10018 | $ 41,024.00 |
| Scheduled | Zoomers Inc. | 32 33rd Street | Brooklyn | NY | 11232 | $ 2,975.90 |

TOTAL $ 3,206,863.05