# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

In re:                                                          : Chapter 7
                                                                :
NWL HOLDINGS, INC., et al.,[1]                                   : Case No. 08-12847 (MFW)
                                                                : (Jointly Administered)
              Debtors.                                           :
                                                                :

---

## NOTICE OF TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY AFTER PROOF FILED

Pursuant to Bankruptcy Rule 3001(e)(2), the undersigned, as attorneys for G&C Hempstead Realty LLC, as agent for the Transferee, hereby files evidence of the terms of transfer of claim, other than for security, after proof of claim has been filed.

| | |
|---|---|
| Claim Number: | 895-1 |
| Claim Amount: | $64,500 (pre-petition rent) |
| | $150,500 (post-petition rent administrative claim) |
| | $3,312,075 (lease rejection damages) |
| | $18,300 (administrative claim) |
| | $40,000 (administrative claim) |
| Date Filed: | April 23, 2009 |

---

[1] The Debtors are the following entities: NWL Holdings, Inc.; National Wholesale Liquidators, Inc.; National Wholesale Liquidators of Spring Valley, Inc.; 632 Broadway Variety Store, Inc.; Nanuet Wholesale Liquidators, Inc.; National Wholesale Liquidators of West Hempstead, Inc.; National Wholesalers of Kissena Center, Inc.; National Wholesale Distributors, Inc.; National Wholesale Liquidators of Bethpage, Inc.; National Wholesale Liquidators of Baldwin, Inc.; National Wholesale Liquidators of Farmingdale, Inc.; National Wholesale Liquidators of Middletown, Inc.; National Wholesale Liquidators of Linden, Inc.; National Wholesale Liquidators of Newark, Inc.; National Wholesale Liquidators of Philadelphia, Inc.; National Wholesale Liquidators of Cottman, LLC; National Wholesale Liquidators of Patterson, LLC; National Wholesale Liquidators of Glenolden, LLC; National Wholesale Liquidators of Hempstead, Inc.; National Wholesale Liquidators of Brooklyn, Inc.; National Wholesale Liquidators of Yonkers, Inc.; National Wholesale Liquidators of Staten Island, Inc.; NWL Buying, Inc.; National Wholesale Liquidators of Kissena Center #2, Inc.; NWL of East Haven, Inc.; NWL of Babylon, Inc.; NWL of Co-op City, Inc.; NWL of Nanuet, Inc.; NWL of Bay Parkway, Inc.; NWL of Langley Park, Inc.; NWL of Reistertown, Inc; National Wholesale Liquidators of Union, Inc.; National Wholesale Liquidators of Bridgeport, Inc.; National Wholesale Liquidators of Cherry Hill, Inc.; National Wholesale RX, Inc.; NWL Management, Inc.; National Wholesale Liquidators of Jersey City, Inc.; National Wholesale Liquidators of Orange, Inc.; NWL of Green Acres, Inc.; NWL of Edison, Inc.; NWL of Northern Boulevard, Inc.; NWL of Benning Road, Inc.; NWL of Hunting Park, Inc.; NWL of District Heights, Inc.; NWL of New Castle, Inc.; NWL of R.I. Ave., Inc.; NWL of Dorchester, Inc.; NWL of Reading, Inc.; NWL of Upper Darby, Inc.; NWL of Dekalb, Inc.; NWL of New Carrollton, Inc.; NWL of Cranston, Inc.; NWL of Fall River, Inc.; NWL of Oregon Ave., Inc.; NWL of Northland, Inc.; NWL of Bel Air, Inc.; NWL of Aramingo, Inc.; NWL of Evergreen, Inc.; NWL of South Orange, Inc.; NWL of Cermak, Inc.; NWL of Revere, Inc.; NWL of Catonsville, Inc.; and NWL of North Bergen, Inc.

Transferor:  M&O Enterprises, Inc.
 111 Hempstead Turnpike
 West Hempstead, NY 11552

Transferee:  G&C Hempstead Realty LLC
 3372 SE Cascadia Way
 c/o Dominick N. D'Ambrozio, Esq.
 Hobe Sound, FL 33455-8906

Dated: April 13, 2010

  /s/   *Mark S. Indelicato*

Mark S. Indelicato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, New York  10022
Tel: 212-478-7320
Email: mindelicato@hahnhessen.com

Attorneys for G& C Hempstead Realty LLC

# EXHIBIT B

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, M&O ENTERPRISES, INC. a New York corporation having a place of business at 111 Hempstead Turnpike, West Hempstead, New York 11552 ("Assignor") has unconditionally and irrevocably sold, transferred and assigned to G & C HEMPSTEAD REALTY LLC, having a place of business at 3372 SE Cascadia Way, Hobe Sound, FL 33455-8906 ("Assignee") all of its right, title, interest, collateral, security, claims and causes of action in and to, or arising under or in connection with, its secured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code, 11 U.S.C.§§ 101 et seq. (the "Bankruptcy Code") in the amounts of $64,500, $150,500, $3,312,075, $18,300 and $40,000 as evidenced by the "Proof of Claim" attached hereto (claims register no. 895-1 filed April 23, 2009) (the "Claim") against NATIONAL WHOLESALE LIQUIDATORS, INC. (the "Debtor"), the debtor-in-possession in the Chapter 11 reorganization case entitled In re NWL Holdings, Inc., Chapter 11 Case No. 08-12847 (MFW), pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing Claim.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 1st day of March, 2010.

ASSIGNOR:                                    ASSIGNEE:

M&O ENTERPRISES, INC                         G & C HEMPSTEAD REALTY LLC

By: _____                          By: _____
Name: John Kiley                             Name:
Title: Officer                               Title:

## EXHIBIT B

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, M&O ENTERPRISES, INC. a New York corporation having a place of business at 111 Hempstead Turnpike, West Hempstead, New York 11552 ("Assignor") has unconditionally and irrevocably sold, transferred and assigned to G & C HEMPSTEAD REALTY LLC, having a place of business at 3372 SE Cascadia Way, Hobe Sound, FL 33455-8906 ("Assignee") all of its right, title, interest, collateral, security, claims and causes of action in and to, or arising under or in connection with, its secured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code, 11 U.S.C.§§ 101 et seq. (the "Bankruptcy Code") in the amounts of $64,500, $150,500, $3,312,075, $18,300 and $40,000 as evidenced by the "Proof of Claim" attached hereto (claims register no. 895-1 filed April 23, 2009) (the "Claim") against NATIONAL WHOLESALE LIQUIDATORS, INC. (the "Debtor"), the debtor-in-possession in the Chapter 11 reorganization case entitled In re NWL Holdings, Inc., Chapter 11 Case No. 08-12847 (MFW), pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing Claim.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 1ST day of March, 2010.

ASSIGNOR:

M&O ENTERPRISES, INC

By: _____
Name: John Kiley
Title: Officer

ASSIGNEE:

G & C HEMPSTEAD REALTY LLC

By: _[signature: Carol Bm]_
Name:
Title: