UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| NWL HOLDINGS, INC., et al.,[1] | Case No. 08-12847 (MFW) |
| Debtors. | Substantively Consolidated |
| | **Objection Deadline:** November 6, 2013 at 4:00 PM<br>**Hearing Date:** November 13, 2013 at 2:00 PM |

**NOTICE OF MOTION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER AUTHORIZING THE PRIVATE SALE OF RIGHTS TO PAYMENTS TO WHICH THE DEBTORS MAY BE ENTITLED PURSUANT TO THE CLASS ACTION INTERCHANGE LITIGATION, FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES**

TO: (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE AND (II) ALL PARTIES THAT HAVE REQUESTED NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002

PLEASE TAKE NOTICE that Alfred T. Giuliano, the Chapter 7 Trustee of the above-captioned Debtor, has filed the **Motion of the Chapter 7 Trustee for Entry of an Order Authorizing the Private Sale of Rights to Payments to Which the Debtors May Be Entitled**

---

[1] The Debtors are the following entities: NWL Holdings, Inc.; National Wholesale Liquidators, Inc.; National Wholesale Liquidators of Spring Valley, Inc.; 632 Broadway Variety Store, Inc.; Nanuet Wholesale Liquidators, Inc.; National Wholesale Liquidators of West Hempstead, Inc.; National Wholesalers of Kissena Center, Inc.; National Wholesale Distributors, Inc.; National Wholesale Liquidators of Bethpage, Inc.; National Wholesale Liquidators of Baldwin, Inc.; National Wholesale Liquidators of Farmingdale, Inc.; National Wholesale Liquidators of Middletown, Inc.; National Wholesale Liquidators of Linden, Inc.; National Wholesale Liquidators of Newark, Inc.; National Wholesale Liquidators of Philadelphia, Inc.; National Wholesale Liquidators of Cottman, LLC; National Wholesale Liquidators of Patterson, LLC; National Wholesale Liquidators of Glenolden, LLC; National Wholesale Liquidators of Hempstead, Inc.; National Wholesale Liquidators of Brooklyn, Inc.; National Wholesale Liquidators of Yonkers, Inc.; National Wholesale Liquidators of Staten Island, Inc.; NWL Buying, Inc.; National Wholesale Liquidators of Kissena Center #2, Inc.; NWL of East Haven, Inc.; NWL of Babylon, Inc.; NWL of Co-op City, Inc.; NWL of Nanuet, Inc.; NWL of Bay Parkway, Inc.; NWL of Langley Park, Inc.; NWL of Reistertown, Inc.; National Wholesale Liquidators of Union, Inc.; National Wholesale Liquidators of Bridgeport, Inc.; National Wholesale Liquidators of Cherry Hill, Inc.; National Wholesale RX, Inc.; NWL Management, Inc., National Wholesale Liquidators of Jersey City, Inc.; National Wholesale Liquidators of Orange, Inc.; NWL of Green Acres, Inc.; NWL of Edison, Inc.; NWL of Northern Boulevard, Inc.; NWL of Benning Road, Inc.; NWL of Hunting Park, Inc.; NWL of District Heights, Inc.; NWL of New Castle, Inc.; NWL of R.I. Ave., Inc.; NWL of Dorchester, Inc.; NWL of Reading, Inc.; NWL of Upper Darby, Inc.; NWL of Dekalb, Inc.; NWL of New Carrollton, Inc.; NWL of Cranston, Inc.; NWL of Fall River, Inc.; NWL of Oregon Ave., Inc.; NWL of Northland, Inc.; NWL of Bel Air, Inc.; NWL of Aramingo, Inc.; NWL of Evergreen, Inc.; NWL of South Orange, Inc.; NWL of Cermak, Inc.; NWL of Revere, Inc.; NWL of Catonsville, Inc.; and NWL of North Bergen, Inc

**Pursuant to the Class Action Interchange Litigation, Free and Clear of All Liens, Claims, and Encumbrances,** (the "Motion").

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to actually be received by the undersigned counsel, on or before **November 6, 2013 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801  At the same time, you must also serve a copy of the response upon counsel to the Trustee listed below so that the response is received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, a hearing on the Application will be held on **November 13, 2013, at 2:00 p.m.** before the Honorable Mary F. Walrath, United State Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that if no objection is filed timely and in accordance with the procedures set forth above, the Bankruptcy Court may enter an order without further notice or hearing.

| | |
|---|---|
| Dated:  October 16, 2013 | By:  /s/  John V. Fiorella<br>John V. Fiorella (#4330)<br>ARCHER & GREINER, PC<br>300 Delaware Ave., Suite 1370<br>Wilmington, DE  19801<br>(302) 777-4350<br>(302) 777-4352 (fax)<br>jfiorella@archerlaw.com<br>*Counsel to Alfred T. Giuliano, Ch. 7 Trustee* |

10313466v1

2