# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| NWL HOLDINGS, INC., et al.,[1] | Case No. 08-12847 (MFW) (Substantively Consolidated) |
| Debtors. | Re: Docket No. _____ |

## ORDER SUSTAINING CHAPTER 7 TRUSTEE'S FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO (DUPLICATE, AMENDED, CLASSIFY AS FILED, AND UNSUPPORTED) CLAIMS PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3001, 3002, 3003 AND 3007 AND LOCAL RULE 3007-1

Upon the *Chapter 7 Trustee's First Omnibus (Non-Substantive) Objection To (Duplicate, Amended & Unsupported) Claims Pursuant To 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3001, 3002, 3003 and 3007 and Local Rule 3007-1* (the "Objection")[2], and upon the declaration of Donna Dileo in support of the Objection, attached as **Exhibit 1** to the Objection (the "Dileo Declaration"), seeking entry of an order disallowing, reducing, and/or reclassifying the claims listed on **Exhibits A, B, C and D** attached hereto (collectively, the "Disputed Claims") on the grounds set forth in the Objection and in the attached exhibits; and the Court having found that it

---

[1] The Debtors are the following entities: NWL Holdings, Inc.; National Wholesale Liquidators, Inc.; National Wholesale Liquidators of Spring Valley, Inc.; 632 Broadway Variety Store, Inc.; Nanuet Wholesale Liquidators, Inc.; National Wholesale Liquidators of West Hempstead, Inc.; National Wholesalers of Kissena Center, Inc.; National Wholesale Distributors, Inc.; National Wholesale Liquidators of Bethpage, Inc.; National Wholesale Liquidators of Baldwin, Inc.; National Wholesale Liquidators of Farmingdale, Inc.; National Wholesale Liquidators of Middletown, Inc.; National Wholesale Liquidators of Linden, Inc.; National Wholesale Liquidators of Newark, Inc.; National Wholesale Liquidators of Philadelphia, Inc.; National Wholesale Liquidators of Cottman, LLC; National Wholesale Liquidators of Patterson, LLC; National Wholesale Liquidators of Glenolden, LLC; National Wholesale Liquidators of Hempstead, Inc.; National Wholesale Liquidators of Brooklyn, Inc.; National Wholesale Liquidators of Yonkers, Inc.; National Wholesale Liquidators of Staten Island, Inc.; NWL Buying, Inc.; National Wholesale Liquidators of Kissena Center #2, Inc.; NWL of East Haven, Inc.; NWL of Babylon, Inc.; NWL of Co-op City, Inc.; NWL of Nanuet, Inc.; NWL of Bay Parkway, Inc.; NWL of Langley Park, Inc.; NWL of Reistertown, Inc.; National Wholesale Liquidators of Union, Inc.; National Wholesale Liquidators of Bridgeport, Inc.; National Wholesale Liquidators of Cherry Hill, Inc.; National Wholesale RX, Inc.; NWL Management, Inc., National Wholesale Liquidators of Jersey City, Inc.; National Wholesale Liquidators of Orange, Inc.; NWL of Green Acres, Inc.; NWL of Edison, Inc.; NWL of Northern Boulevard, Inc.; NWL of Benning Road, Inc.; NWL of Hunting Park, Inc.; NWL of District Heights, Inc.; NWL of New Castle, Inc.; NWL of R.I. Ave., Inc.; NWL of Dorchester, Inc.; NWL of Reading, Inc.; NWL of Upper Darby, Inc.; NWL of Dekalb, Inc.; NWL of New Carrollton, Inc.; NWL of Cranston, Inc.; NWL of Fall River, Inc.; NWL of Oregon Ave., Inc.; NWL of Northland, Inc.; NWL of Bel Air, Inc.; NWL of Aramingo, Inc.; NWL of Evergreen, Inc.; NWL of South Orange, Inc.; NWL of Cermak, Inc.; NWL of Revere, Inc.; NWL of Catonsville, Inc.; and NWL of North Bergen, Inc.

[2] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to such terms in the Objection.

has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334; and the Court having

found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having

found that venue of this case and the Objection in this district is proper pursuant to 28 U.S.C. §§

1408 and 1409; and the Court having found that the relief requested in the Objection is in the

best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court

having found that the Chapter 7 Trustee provided appropriate notice of the Objection and the

opportunity to heard on the Objection; and the Court having considered the Objection and any

responses thereto; and after due deliberation thereon; and good and sufficient cause appearing

therefor,

IT IS HEREBY ORDERED THAT:

1.      The Objection is sustained as set forth herein.

2.      The Duplicate Claims set forth on the attached **Exhibit A** are hereby disallowed

in their entirety.

3.      The Amended Claims set forth on the attached **Exhibit B** are hereby disallowed

in their entirety.

4.      The Classify as Filed Claims set forth on the attached **Exhibit C** are hereby

classified as they were filed and in the amounts as they were filed as set forth in the "Modified

Class" column of **Exhibit C**.

5.      The Unsupported Claims set forth on the attached **Exhibit D** are hereby

disallowed in their entirety.

6.      For the avoidance of doubt, to the extent that any Remaining Claim or portion

thereof is listed as an administrative claim, such claim or portion thereof is a chapter 11

administrative expense claim, not a chapter 7 administrative expense claim.

7.     Nothing set forth herein shall affect the parties' rights with respect to those claims identified as "Remaining Claims" on **Exhibit A or B** or those claims on **Exhibit C**, each attached hereto, and the parties' rights with respect to such "Remaining Claims" or "Classify as Filed Claims" are reserved, including, for the avoidance of doubt, the Chapter 7 Trustee's right to object on any grounds permitted by bankruptcy or nonbankruptcy law.

8.     Nothing in this Order or Objection shall be deemed a waiver of the Chapter 7 Trustee's causes of action against the Claimants whose Disputed Claims are subject to the Objection, pursuant to section 502(d) of the Bankruptcy Code, including, but not limited to, any actions to avoid preferential transfers or fraudulent conveyances.

9.     This Order is without prejudice to the Chapter 7 Trustee's, or any other party in interest's, right to object to any other claims filed against the Debtors.

10.     Consistent with Bankruptcy Rule 3007(f), this Order shall be deemed a separate Order with respect to each of the Disputed Claims identified on **Exhibits A, B, C and D** attached hereto.  Any stay of this Order pending appeal by any Claimant whose Claim(s) are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

11.     This Court shall retain jurisdiction over the Chapter 7 Trustee and Claimants whose Disputed Claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

Dated: May _____, 2015

_____
Honorable Mary F. Walrath
United States Bankruptcy Judge

# Exhibit A

# Duplicate Claims

**Exhibit A – Duplicate Claims**

| Claimant | Remaining Claim Number | Duplicate Claims to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Alberto Culver USA, Inc. c/o James Varey 2525 Armitage Avenue Melrose Park, IL 60160 | Claim 662 (Case No. 08-12847) | Claim 664 and 666 (Case No. 08-12847) | $36,774.54 | Claimant filed the same claim against multiple debtors. Claimant is only entitled to one claim against the consolidated estates. |
| Alberto Culver USA, Inc. c/o James Varey 2525 Armitage Avenue Melrose Park, IL 60160 | Claim 663 (Case No. 08-12847) | Claim 665 and 667 (Case No. 08-12847) | $33,423.66 | Claimant filed the same claim against multiple debtors. Claimant is only entitled to one claim against the consolidated estates. |
| Bottling Group LLC d/b/a The Pepsi Bottling Group c/o Frank Gecker LLP Attn: Joseph D. Frank 325 N. LaSalle Street, Ste. 625 Chicago, IL 60654 | Claim 69 (Case No. 08-12848) | Claim 1049 (Case No. 08-12847); Claim 70 (Case No. 08-12848); Claim 56 (Case No. 08-12849); Claim 3 (Case No. 08-12850); Claim 4 (Case No. 08-12851); Claim 3 (Case No. 08-12852); Claim 4 (Case No. 08-12853); Claim 6 (Case No. 08-12854); Claim 5 (Case No. 08-12855); Claim 4 (Case No. 08-12856); Claim 5 (Case No. 08-12857); Claim 5 (Case No. 08-12858); Claim 8 (Case No. 08-12859); Claim 4 (Case No. 08-12860); Claim 15 (Case No. 08-12861); Claim 4 (Case No. 08-12862); Claim 4 (Case No. 08-12863); Claim 5 (Case No. 08-12864); Claim 3 (Case No. 08-12865); Claim 7 (Case No. 08-12866); Claim 7 (Case No. 08-12867); Claim 19 (Case No 08-12868); Claim 4 (Case No. 08-12869); Claim 5 (Case No. 08-12870); | $45,089.10 | Claim 70 is a duplicate of claim 69. |

Exhibit A – Duplicate Claims, cont'd

| Claimant | Remaining Claim Number | Duplicate Claims to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Bottling Group LLC d/b/a The Pepsi Bottling Group c/o Frank Gecker LLP Attn: Joseph D. Frank 325 N. LaSalle Street, Ste. 625 Chicago, IL 60654 | Claim 69 (Case No. 08-12848) | Claim 4 (Case No. 08-12871); Claim 6 (Case No. 08-12872); Claim 4 (Case No. 08-12873); Claim 4 (Case No. 08-12874); Claim 5 (Case No. 08-12875); Claim 3 (Case No. 08-12876); Claim 3 (Case No. 08-12877); Claim 6 (Case No. 08-12878); Claim 6 (Case No. 08-12879); Claim 5 (Case No. 08-12880); Claim 6 (Case No. 08-12881); Claim 7 (Case No. 08-12882); Claim 4 (Case No. 08-12883); Claim 18 (Case No. 08-12884); Claim 4 (Case No. 08-12885); Claim 5 (Case No. 08-12886); Claim 4 (Case No. 08-12887); Claim 3 (Case No. 08-12888); Claim 5 (Case No. 08-12889); Claim 3 (Case No. 08-12890); Claim 3 (Case No. 08-12891); Claim 3 (Case No. 08-12892); Claim 3 (Case No. 08-12893); Claim 6 (Case No. 08-12894); Claim 5 (Case No. 08-12895); Claim 4 (Case No. 08-12896); Claim 3 (Case No. 08-12897); Claim 3 (Case No. 08-12898); Claim 3 (Case No. 08-12899); Claim 5 (Case No. 08-12900); Claim 3 (Case No. 08-12901); Claim 5 (Case No. 08-12902); Claim 3 (Case No. 08-12903); | $45,089.10 | Claimant filed the same claim against different debtors. Claimant is only entitled to one claim against the consolidated estates. |

2

**Exhibit A – Duplicate Claims, cont'd**

| Claimant | Remaining Claim Number | Duplicate Claims to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Bottling Group LLC d/b/a The Pepsi Bottling Group Attn: Joseph D. Frank 325 N. LaSalle Street, Ste. 625 Chicago, IL 60654 | Claim 69 (Case No. 08-12848) | Claim 5 (Case No. 08-12904); Claim 5 (Case No. 08-12905); Claim 4 (Case No. 08-12906); Claim 4 (Case No. 08-12907); Claim 3 (Case No. 08-12908) | $45,089.10 | Claimant filed the same claim against different debtors. Claimant is only entitled to one claim against the consolidated estates. |
| Cardinal Partners LLC c/o Bruce Dove, Esq. 3 Overlook Way Winchester, MA 01890 | Claim 3 (Case No. 08-12879) | Claim 733 (Case No. 08-12847) | $18,533.56 | Claimant filed the same claim against different debtors. Claimant is only entitled to one claim against the consolidated estates. |
| Commonwealth of Massachusetts Dept. of Revenue – Bankruptcy Unit c/o Leslie Physic P.O. Box 9564 Boston, MA 02114-9654 | Claim 2 (Case No. 08-12889) | Claim 988 (Case No. 08-12847) | $912.00 | Claim 988 (Case No. 08-12847) is a duplicate of Claim 2 (Case No. 08-12889). |
| Commonwealth of Massachusetts Dept. of Revenue – Bankruptcy Unit c/o Leslie Physic P.O. Box 9564 Boston, MA 02114-9654 | Claim 1226 (Case No. 08-12847) | Docket No. 1678 | $456.00 | Docket No. 1678 is a duplicate of Claim 1226 (Case No. 08-12847). |
| G&C Hempstead Realty c/o Dominick D'Ambrozio 3372 SE Cascadia Way Hobe Sound, FL 33455-8906 -and- G&C Hempstead Realty c/o Mark Indelicato Hahn & Hessen LLP 488 Madison Avenue New York, NY 10022 | Claim 895 (Case No. 08-12847) | Claim 3 (Case No. 08-12859); Claim 4 (Case No. 08-12884); Claim 10 (Case No. 08-12884); Docket No. 660 | $3,434,875.00 | Claimant filed the same claim against different debtors. Claimant is only entitled to one claim against the consolidated estates. |

**Exhibit A – Duplicate Claims, cont'd**

| Claimant | Remaining Claim Number | Duplicate Claims to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| G&C Hempstead Realty c/o Dominick D'Ambrozio 3372 SE Cascadia Way Hobe Sound, FL  33455-8906 -and- G&C Hempstead Realty c/o Mark Indelicato Hahn & Hessen LLP 488 Madison Avenue New York, NY  10022 | Claim 20 (Case No. 08-12884) | Claim 691 (Case No. 08-12847); Claim 9 (Case No. 08-12859); Claim 5 (Case No. 08-12863); Claim 7 (Case No. 08-12864); Claim 8 (Case No. 08-12866); Claim 5 (Case No. 08-12871); Claim 4 (Case No. 08-12891); Claim 4 (Case No. 08-12893); Claim 5 (Case No. 08-12896); Claim 4 (Case No. 08-12897); Claim 6 (Case No. 08-12900) | $2,349,735.89 | Claimant filed the same against different debtors.  Claimant is only entitled to one claim against the consolidated estates. |
| Golden Apple TRT Corp. Attn: David Peng Rm 1503, Suite A – Yinfeng Garden Tianjin 300204 China -and- Golden Apple (T.R.T.) Corp. 1503, Suite A, Yinfeng Garden, No. 65 Youyibei Road, Hexi District Tianjin China | Claim 96 (Case No. 08-12846) | Claim 909 (Case No 08-12847); Claim 978 (Case No 08-12847); Claim 49 (Case No. 08-12848); Claim 34 (Case No. 08-12849); Claim 14 (Case No. 08-12868) | $324,621.10 | Claimant filed the same claim against different debtors.  Claimant is only entitled to one claim against the consolidated estates. |
| The Hutensky Group c/o David Pollack, Esq. Ballard Spahr 1735 Market Street, 51st Floor Philadelphia, PA 19103 | Claim 1023 (Case No. 08-12847) | Claim 707 (Case No. 08-12847) | $39,961.26 | Claim 707 is a duplicate of Claim 1023. |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19114 -and- Internal Revenue Service Attn: A. Jackson 31 Hopkins Plaza, Rm 1150 Baltimore, MD  21201 | Claim 181 (Case No. 08-12847) | Claim 519 (Case No. 08-12847) | $6,640,183.97 | Claim 519 is a duplicate of Claim 181. |

4

**Exhibit A – Duplicate Claims, cont'd**

| Claimant | Remaining Claim Number | Duplicate Claims to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Kawin, LLC c/o Jeffrey S. Cianciulli, Esq. The Widener Building, Suite 500 Philadelphia, PA 19107 | Claim 3 (Case No. 08-12882) | Claim No. 1011 (Case No. 08-12847) | $40,348.11 | Claimant filed the same claim against multiple debtors. Claimant is only entitled to one claim against the consolidated estates. |
| M. Rothman & Co., Inc. c/o Olshan Grundman Frome Rosenzweig & Wolosky LLP Attn Fredrick Levy, Esq. 66 East 55th Street New York, NY 10022 | Claim 981 (Case No. 08-12847) | Claim 982 (Case No. 08-12847) | $124,000.00 | Claim 982 is a duplicate of claim 981. |
| New York State Dept. of Taxation & Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | Claim No. 15 (Case No. 08-12907) | Dkt No. 851; | $50.00 | The docketed claim is a duplicate of the claim register claim. |
| New York State Dept. of Taxation & Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | Claim No. 86, (Case No. 08-12848) | Dkt No. 852 | $4,662.42 | The docketed claim is a duplicate of the claim register claim. |
| New York State Dept. of Taxation & Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | Claim No. 72 (Case No. 08-12849) | Dkt No. 853; | $50.00 | The docketed claim is a duplicate of the claim register claim. |
| New York State Dept. of Taxation & Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | Claim No. 13, (Case No. 08-12850) | Dkt. No. 854 | $50.00 | The docketed claim is a duplicate of the claim register claim. |
| New York State Dept. of Taxation & Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | Claim No. 14, (Case No. 08-12851) | Dkt. No. 855 | $50.00 | The docketed claim is a duplicate of the claim register claim. |

Exhibit A – Duplicate Claims, cont'd

| Claimant | Remaining Claim Number | Duplicate Claims to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| New York State Dept. of Taxation & Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | Claim No. 15, (Case No. 08-12854) | Dkt. No. 856 | $50.00 | The docketed claim is a duplicate of the claim register claim. |
| New York State Dept. of Taxation & Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | Claim No. 16, (Case No. 08-12856) | Dkt. No. 857 | $50.00 | The docketed claim is a duplicate of the claim register claim. |
| New York State Dept. of Taxation & Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | Claim No. 13, (Case No. 08-12858) | Dkt No. 858 | $50.00 | The docketed claim is a duplicate of the claim register claim. |
| New York State Dept. of Taxation & Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | Claim No. 20, (Case No. 08-12859) | Dkt No. 859 | $50.00 | The docketed claim is a duplicate of the claim register claim. |
| New York State Dept. of Taxation & Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | Claim No. 12, (Case No. 08-12865) | Dkt No. 860; | $50.00 | The docketed claim is a duplicate of the claim register claim. |
| New York State Dept. of Taxation & Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | Claim No. 17, (Case No. 08-12866) | Dkt No. 861 | $50.00 | The docketed claim is a duplicate of the claim register claim. |
| New York State Dept. of Taxation & Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | Claim No. 29, (Case No. 08-12884); | Dkt No. 862 | $50.00 | The docketed claim is a duplicate of the claim register claim. |

Exhibit A – Duplicate Claims, cont'd

| Claimant | Remaining Claim Number | Duplicate Claims to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| New York State Dept. of Taxation & Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | Claim No. 13, (Case No. 08-12891) | Dkt. No. 863 | $50.00 | The docketed claim is a duplicate of the claim register claim. |
| New York State Dept. of Taxation & Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | Claim No. 12, (Case No. 08-12893) | Dkt No. 864 | $50.00 | The docketed claim is a duplicate of the claim register claim. |
| New York State Dept. of Taxation & Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | Claim No. 15, (Case No. 08-12896) | Dkt No. 865 | $50.00 | The docketed claim is a duplicate of the claim register claim. |
| New York State Dept. of Taxation & Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | Claim No. 14, (Case No. 08-12897) | Dkt No. 866; | $50.00 | The docketed claim is a duplicate of the claim register claim. |
| New York State Dept. of Taxation & Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | Claim No. 15, (Case No. 08-12900) | Dkt No. 867 | $50.00 | The docketed claim is a duplicate of the claim register claim. |
| New York State Dept. of Taxation & Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | Claim No. 16, (Case No. 08-12864) | Dkt No. 869 | $50.00 | The docketed claim is a duplicate of the claim register claim. |
| New York State Dept. of Taxation & Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | Claim No. 10, (Case No 08-12892) | Dkt No. 870 | $50.00 | The docketed claim is a duplicate of the claim register claim. |

Exhibit A – Duplicate Claims, cont'd

| Claimant | Remaining Claim Number | Duplicate Claims to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| New York State Dept. of Taxation & Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | Claim No. 1179 (Case No. 08-12847) | Dkt No. 871 | $50.00 | The docketed claim is a duplicate of the claim register claim. |
| New York State Dept. of Taxation & Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | Claim No. 1182 (Case No. 08-12847) | Dkt No. 884 | $1,565.54 | The docketed claim is a duplicate of the claim register claim. |
| New York State Dept. of Taxation & Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | Claim No. 21 (Case No. 08-12859) | Dkt No. 1015 | $750.44 | The docketed claim is a duplicate of the claim register claim. |
| New York State Dept. of Taxation & Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | Claim No. 1212 (Case No. 08-12847) | Dkt No. 1279 | $37,716.45 | The docketed claim is a duplicate of the claim register claim. |
| New York State Dept. of Taxation & Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | Claim No. 1211 (Case No. 08-12847) | Dkt No. 1304 | $4,652.23 | The docketed claim is a duplicate of the claim register claim. |
| New York State Dept. of Taxation & Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | Claim No. 34, (Case No. 08-12868) | Dkt No. 1512 | $50.00 | The docketed claim is a duplicate of the claim register claim. |
| New York State Dept. of Taxation & Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | Claim No. 12, (Case No 08-12863) | Dkt No. 1513 | $50.00 | The docketed claim is a duplicate of the claim register claim. |

8

**Exhibit A – Duplicate Claims, cont'd**

| Claimant | Remaining Claim Number | Duplicate Claims to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Penn Station Shopping Center, LLC c/o Bregman Berbert Schwartz & Gilday LLC 7315 Wisconsin Avenue, Suite 800 West Bethesda, MD 20814 | Claim No. 8 (Case No. 08-12870) | Docket No. 742; Claim No. 1066 (Case No. 08-12847) | $19,458.33 | Claimant filed a claim against NWL Holdings for stub rent on the basis of a guaranty from NWL Holdings. The same admin claim is being sought against NWL of District Heights Inc. Claimant is only entitled to one claim against the consolidated estates. |
| Pennsylvania Dept. of Revenue Bankruptcy Division P.O. Box 280946 Harrisburg, PA 17128-0946 | Claim 1185 (Case No. 08-12847) | Claim 12 (Case No. 08-12869) | $698.91 | Claim 12 is a duplicate of claim 1185. |
| Pennsylvania Dept. of Revenue Bankruptcy Division P.O. Box 280946 Harrisburg, PA 17128-0946 | Claim 624 (Case No. 08-12882) | Claim 654 (Case No. 08-12882) | $168,947.01 | Claim 654 is a duplicate of claim 624. |
| Pennsylvania Dept. of Revenue Bankruptcy Division P.O. Box 280946 Harrisburg, PA 17128-0946 | Claim 625 (Case No. 08-12861) | Claim 656 (Case No. 08-12861) | $236,067.00 | Claim 656 is a duplicate of claim 625. |
| Pennsylvania Dept. of Revenue Bankruptcy Division P.O. Box 280946 Harrisburg, PA 17128-0946 | Claim 629 (Case No. 08-12869) | Claim 655 (Case No. 08-12869) | $940.91 | Claim 655 is a duplicate of claim 629. |
| Pennsylvania Dept. of Revenue Bankruptcy Division P.O. Box 280946 Harrisburg, PA 17128-0946 | Claim 630 (Case No. 08-12906) | Claim 658 (Case No. 08-12906) | $5,243.00 | Claim 658 is a duplicate of claim 630. |
| Pennsylvania Dept. of Revenue Bankruptcy Division P.O. Box 280946 Harrisburg, PA 17128-0946 | Claim 631 (Case No. 08-12847) | Claim 650 (Case No. 08-12847) | $197,814.00 | Claim 650 is a duplicate of claim 631. |
| Pennsylvania Dept. of Revenue Bankruptcy Division P.O. Box 280946 Harrisburg, PA 17128-0946 | Claim 632 (Case No. 08-12846) | Claim 649 (Case No. 08-12906) | $5,035.00 | Claim 649 is a duplicate of claim 632. |

**Exhibit A – Duplicate Claims, cont'd**

| Claimant | Remaining Claim Number | Duplicate Claims to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Pennsylvania Dept. of Revenue Bankruptcy Division P.O. Box 280946 Harrisburg, PA 17128-0946 | Claim 633 (Case No. 08-12906) | Claim 657 (Case No. 08-12906) | $823,973.15 | Claim 657 is a duplicate of claim 633. |
| Rockland Center Associates, LLC c/o David Pollack, Esq. Ballard Spahr 1735 Market Street, 51st Fl. Philadelphia, PA 19103 | Claim No. 710 (Case No. 08-12847) | Claim 1024 (Case No. 08-12847) | $39,934.53 | Claim 1024 (Case No. 08-12847) is a duplicate of Claim 710 (Case No. 08-12847). |
| Rosenthal & Rosenthal Inc. c/o Donald Leonard 1370 Broadway New York, NY 10018 | Claim 317 (Case No. 08-12908) | 318 – 377, 412, 436 (Various Cases) | $34,408.00 | Claimant filed the same claim against multiple debtors. Claimant is only entitled to one claim against the consolidated estates. |
| RPG Management, Inc. c/o Michael Miranda, Esq. Miranda Sambursky Slone Sklarin Verveniotis LLP The Esposito Building 240 Mineola Blvd. Mineola, NY 11501 | Claim 699 (Case No. 08-12847) | Docket No. 776 | $940,922.00 | The admin claim request at Docket No. 776 is duplicative of the admin claim amount asserted as part of claim no. 699. |
| State of Connecticut Dept. of Revenue c/o Pamela Calachan 25 Sigourney Street Hartford, CT 06106 | Claim No. 12-2 (Case No. 08-12894) | Docket No. 1383 | $10,660.58 | The docketed claim is a duplicate of the claim register claim. |
| State of Connecticut Dept. of Revenue c/o Pamela Calachan 25 Sigourney Street Hartford, CT 06106 | Claim No. 7-2 (Case No. 08-12852) | Docket No. 1388 | $2,932.00 | The docketed claim is a duplicate of the claim register claim. |

10

Exhibit A – Duplicate Claims, cont'd

| Claimant | Remaining Claim Number | Duplicate Claims to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| State of New Jersey<br>Division of Taxation<br>Compliance Activity<br>P.O. Box 245<br>Trenton, NJ 08695<br>-and-<br>Jeffrey Chiesa, Atty General<br>Richard J. Hughes Complex<br>P.O. Box 106<br>Trenton, NJ 08625-0106 | Claim No. 1223 (Case No. 08-12847) | Docket No. 1600 | $356,006.48 | The docketed claim is a duplicate of the claim register claim. |

11

# Exhibit B

# Amended Claims

Exhibit B – Amended Claims

| Claimant | Remaining Claim Number | Amended Claims to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Centro Properties Group c/o David Pollack, Esq. Ballard Spahr 1735 Market Street, 51st Floor Philadelphia, PA 19103 | Claim 876 (Case No. 08-12847) | Claim 1199 (Case No. 08-12847) | $39,162.97 | Claim 1199 was amended by claim 876. |
| Commonwealth of Massachusetts Dept. of Revenue – Bankruptcy Unit c/o Leslie Physic P.O. Box 9564 Boston, MA 02114-9654 | Claim No. 1226 (Case No. 08-12847) (Docket No. 1678) | Claim No. 1225 (Case No. 08-12847) (Docket No. 1675); Claim No. 14 (Case No. 08-12874) | $456.00 | Claim No. 14 in Case No. 08-12874 was amended by Claim No. 1225 (Docket No. 1675). Claim No. 1225 (Docket No. 1675) was amended by claim no. 1226 (Docket No. 1678). |
| Commonwealth of Pennsylvania Dept. of Revenue Bureau of Compliance P.O. Box 280946 Harrisburg, PA 17128-0946 | Claim No. 31 (Case No. 08-12861) | Claim No. 3 (Case No. 08-12861) (Docket No. 729) | $2,519.00 | The admin claim request filed at Docket No. 729 was amended by the admin claim request filed as claim no. 31 in Case No. 08-12861. |
| Contract Leasing Corp. c/o Picj & Zabicki, LLP 369 Lexington Ave., 12th Floor New York, NY 10017 | Claim No. 1200 (Case No. 08-12847) | Docket No. 288 | $71,394.50 | The admin claim request filed at Docket No. 288 was amended by Claim No. 1200 and allowed by stipulation at Docket No. 485. |
| Howard Berger & Co., Inc. c/o Winston & Winston, P.C. Attn: Jay Winston 295 Madison Ave., Ste. 930 New York, NY 10017 | Claim No. 152 (Case No. 08-12846) | Claim No. 188 (Case No. 08-12847) | $27,427.03 (Admin) $614,797.45 (GUC) | Claim No. 188 (Case No. 08-12847) was amended by Claim No. 152 (Case No. 08-12846). |

1

**Exhibit B – Amended Claims, cont'd**

| Claimant | Remaining Claim Number | Amended Claims to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114<br>-and-<br>Internal Revenue Service<br>Attn: A. Jackson<br>31 Hopkins Plaza, Rm 1150<br>Baltimore, MD 21201 | Claim 1144 (Case No. 08-12847) | Claim 181 (Case No. 08-12847) | $1,338,205.83 | Claim 181 was amended by Claim 1144. |
| New York State<br>Dept. of Taxation & Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | Docket No. 1015 | Docket No. 859 &<br>Claim No. 20 (Case No. 08-12859) | $750.44 | The admin claim request filed at Docket No. 859 & Docket No. 20 in Case No. 08-12859 was amended by the admin claim request filed at Docket No. 1015. |
| New York State<br>Dept. of Taxation & Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | Docket No. 1304 | Docket No. 852 and<br>Claim No. 86 (Case No. 08-12848) | $4,652.23 | The admin claim request filed at Docket No. 859 & Docket No. 20 in Case No. 08-12859 was amended by the admin claim request filed at Docket No. 1015. |
| New York State<br>Dept. of Taxation & Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | Claim No. 1182<br>(Case No. 08-12847)<br>(Docket No. 884) | Docket No. 724 and<br>Claim No. 115 (Case No. 08-12846) | $1,565.54 | The admin claim request filed at Docket No. 724 and claim no. 115 in Case No. 08-12846 was amended by the admin claim request filed at Claim No. 1182 (Case No. 08-12847) and Docket No. 884. |
| Pennsylvania Dept. of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Claim 17 (Case No. 08-12882) | Claim 5 (Case No. 08-12882);<br>Claim 624 (Case No. 08-12882);<br>Claim 654 (Case No. 08-12882);<br>Claim 1031 (Case No. 08-12847) | $42,005.01 | Claim 5, Claim 624, Claim 654 and Claim 1031 were amended by Claim 17. |

2

Exhibit B – Amended Claims, cont'd

| Claimant | Remaining Claim Number | Amended Claims to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Pennsylvania Dept. of Revenue Bankruptcy Division P.O. Box 280946 Harrisburg, PA 17128-0946 | Claim 1030-4 (Case No. 08-12847) | Claim 2 (Case No. 08-12861); Claim 625 (Case No. 08-12847) | $137,906.00 | Claim 2 and Claim 625 were amended by Claim 1030-4. |
| Pennsylvania Dept. of Revenue Bankruptcy Division P.O. Box 280946 Harrisburg, PA 17128-0946 | Claim 1185 (Case No. 08-12847) | Claim 629 (Case No. 08-12869); Claim 12 (Case No. 08-12869) | $698.91 | Claim 12 and 629 was amended by Claim 1185. |
| Pennsylvania Dept. of Revenue Bankruptcy Division P.O. Box 280946 Harrisburg, PA 17128-0946 | Claim 1187 (Case No. 08-12847) | Claim 630 (Case No. 08-12476) | $5,578.00 | Claim 630 was amended by Claim 1187. |
| Pennsylvania Dept. of Revenue Bankruptcy Division P.O. Box 280946 Harrisburg, PA 17128-0946 | Claim 30 (Case No. 08-12861) | Claim 2 (Case No. 08-12861) | $137,906.00 | Claim 2 was amended by Claim 30. |
| State of Connecticut Dept. of Revenue c/o Pamela Calachan 25 Sigourney Street Hartford, CT 06106 | Claim No. 12-2 (Case No. 08-12894) (Docket No. 1383) | Claim No. 12-1 (Case No. 08-12894) (Docket No. 754) | $10,660.58 | The admin claim request filed at Docket No. 754 (claim no. 12-1 in Case No. 08-12894) was amended by the admin claim request filed at Docket No. 1383 (Claim No. 12-2, Case No. 08-12894). |
| State of Connecticut Dept. of Revenue c/o Pamela Calachan 25 Sigourney Street Hartford, CT 06106 | Claim No. 7-2 (Case No. 08-12852) (Docket No. 1388) | Claim No. 7-1 (Case No. 08-12852) (Docket No. 755) | $2,932.00 | The admin claim request filed at Docket No. 755 (claim no. 7-1 in Case No. 08-12852) was amended by the admin claim request filed at Docket No. 1388 (Claim No. 7-2, Case No. 08-12852). |
| State of Michigan, Dept. of Treasury Attorney General Cadillac Place, Suite 10-200 3030 W. Grand Blvd. Detroit, MI 48202 | Claim No. 3-2 (Case No. 08-12904) | Claim No. 3-1 (Case No. 08-12904) (Docket No. 735) | $744.81 | The admin claim request filed at Docket No. 735 (claim no. 3-1 in Case No. 08-12904) was amended by the admin claim request filed at Claim No. 3-2, Case No. 08-12904. |

3

Exhibit B – Amended Claims, cont'd

| Claimant | Remaining Claim Number | Amended Claims to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| State of New Jersey Division of Taxation Compliance Activity P.O. Box 245 Trenton, NJ 08695 -and- Jeffrey Chiesa, Atty General Richard J. Hughes Complex P.O. Box 106 Trenton, NJ 08625-0106 | Claim No. 1223 (Case No. 08-12847) (Docket No. 1600) | Docket No. 770 | $356,006.48 | The admin claim request filed at Docket No. 770 was amended by the admin claim request filed at Docket No. 1600 (Claim No. 1223). |

4

# Exhibit C

# Classify as Filed Claims

**Exhibit C – Classify as Filed Claims**

| Claimant | Claim Number | Claim Amount | Classification | Modified Class/Amount | Reason for Reclassification |
|---|---|---|---|---|---|
| 8101 Tonnelle Avenue, LLC<br>c/o Hartz Mountain Industries, Inc.<br>400 Plaza Drive<br>Secaucus, NJ 07094-3605 | 963 | $1,758,025.60 | "Unknown" | $53,193.46 Chapter 11 Administrative<br><br>$1,704,832.20 General Unsecured | Reclassified to reflect the amount and/or class(es) within which the claim was filed. |
| American Recreation Products Inc.<br>c/o Kellwood Company<br>Attn : Credit Dept.<br>600 Kellwood Parkway<br>Chesterfield, MO 63017 | Claim 1002 (Case No. 08-12847) | $76,500.00 | Unknown | $76,500.00 General Unsecured | Reclassified to reflect the amount and/or class(es) within which the claim was filed. |
| Fancy Heat Corporation<br>Attn: Sandra L. Masci, Esq.<br>370-376 Adams Street<br>Newark, NJ 07114-2902 | Claim 1042 (Case No. 08-12847) | $62,319.13 | Unknown | $71,956.59 General Unsecured | Reclassified to reflect the amount and/or class(es) within which the claim was filed. |
| General Electric Capital Corporation<br>c/o Sarah L. Taub, Esq.<br>King & Spalding LLP<br>Atlanta, GA  30309 | Claim 905 (Case No. 08-12847) | "No Amounts Claimed" | "No Amounts Claimed" | $66,756,021.27 Secured (to the extent of collateral) | Reclassified to reflect the amount and/or class(es) within which the claim was filed.  Treatment of claim shall be pursuant to Stipulation between claimant and Trustee (Dkt. No. 656) and any subsequent agreements between the parties. |
| General Electric Capital Corporation<br>c/o Sarah L. Taub, Esq.<br>King & Spalding LLP<br>Atlanta, GA  30309 | Claim 906 (Case No. 08-12847) | "No Amounts Claimed" | "No Amounts Claimed" | $3,739,097.26 Secured (to the extent of collateral) | Reclassified to reflect the amount and/or class(es) within which the claim was filed. Treatment of claim shall be pursuant to Stipulation between claimant and Trustee (Dkt. No. 656) and any subsequent agreements between the parties. |

1

**Exhibit C – Classify as Filed Claims, cont'd**

| Claimant | Claim Number | Claim Amount | Classification | Modified Class/Amount | Reason for Reclassification |
|---|---|---|---|---|---|
| Michael P. Gold, CPA c/o Mark Minuti, Esq. Saul Ewing LLP 222 Delaware Ave., Suite 1200 P.O. Box 1266 Wilmington, DE 19899 | Claim 1065 (Case No 08-12847) | "No Amounts Claimed" | "No Amounts Claimed" | $10,950.00 § 507(a)(4) Priority $8,282.00 General Unsecured | Reclassified to reflect the amount and/or class(es) within which the claim was filed. |
| The Great A&P Tea Co. c/o David Pollack, Esq. Ballard Spahr LLP 1735 Market Street; 51st Floor Philadelphia, PA 19103 | Claim 1018 | $10,963.75 | "Unknown" | $10,963.75 Chapter 11 Administrative | Reclassified to reflect the amount and/or class(es) within which the claim was filed. |
| The Great A&P Tea Co. c/o David Pollack, Esq. Ballard Spahr LLP 1735 Market Street; 51st Floor Philadelphia, PA 19103 | Claim 1019 | $38,624.77 | "Unknown" | $38,624.77 Chapter 11 Administrative | Reclassified to reflect the amount and/or class(es) within which the claim was filed. |
| The Great A&P Tea Co. c/o David Pollack, Esq. Ballard Spahr LLP 1735 Market Street; 51st Floor Philadelphia, PA 19103 | Claim 1020 | $36,237.95 | "Unknown" | $36,237.95 Chapter 11 Administrative | Reclassified to reflect the amount and/or class(es) within which the claim was filed. |
| The Hutensky Group c/o David Pollack, Esq. Ballard Spahr 1735 Market Street; 51st Floor Philadelphia, PA 19103 | Claim 1023 (Case No. 08-12847) | $39,961.26 | Unknown | $39,961.26 Chapter 11 Administrative | Reclassified to reflect the amount and/or class(es) within which the claim was filed. |

2

**Exhibit C – Classify as Filed Claims, cont'd**

| Claimant | Claim Number | Claim Amount | Classification | Modified Class/Amount | Reason for Reclassification |
|----------|--------------|--------------|----------------|-----------------------|------------------------------|
| M. Rothman & Co., Inc. c/o Olshan Grundman Frome Rosenzweig & Wolosky LLP Attn Fredrick Levy, Esq. 66 East 55th Street New York, NY 10022 | Claim 981 (Case No. 08-12847) | $125,000.00 | "Unknown" | $124,000.000 Chapter 11 Administrative | Reclassified to reflect the amount and/or class(es) within which the claim was filed. |
| The Proctor & Gamble Distributing LLC Attn: M.A. Trahan 8500 Governors Hill Dr. Cincinnati, OH 45249 | Claim 694 (Case No. 08-12847) | $118,425.53 | Unknown | $40,432.40 Chapter 11 Administrative $77,993.13 General Unsecured | Reclassified to reflect the amount and/or class(es) within which the claim was filed. |
| Renaissance 632 Broadway LLC c/o Richard Pilson, Esq. Berliner & Pilson 80 Cuttermill Road Suite 411 Great Neck, NY 11021 | Claim 1139 (Case No. 08-12847) | $66,297.15 | Unknown | $66,297.15 Chapter 11 Administrative | Reclassified to reflect the amount and/or class(es) within which the claim was filed. |
| Sopus Products Anna Hathaway, Room 1162 910 Louisiana Street Houston, TX 77002 | 1070 | $445,707.95 | Priority | $135,932.75 Chapter 11 Administrative $309,775.20 General Unsecured | Reclassified to reflect the amount and/or class(es) within which the claim was filed. |

3

# Exhibit D

# Unsupported Claims

**Exhibit D – Unsupported Claims**

| Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Chase Merchant Services LLC<br>Prince Altee Thomas, Esq.<br>Fox Rothschild LLP<br>2000 Market Street, 10th Floor<br>Philadelphia, PA 19103-3291 | Claim 1130<br>(Case No. 08-12847) | Unliquidated | Claim has no supporting documentation and is not reflected on Debtors' books and records. |
| Hartigan & O'Connor, P.C.<br>20 N. Clark St., Suite 1250<br>Chicago, IL 60602 | Claim 696<br>(Case No. 08-12847) | Unliquidated | Claim has no supporting documentation and is not reflected on Debtors' books and records. |
| Liberty Mutual Insurance Company<br>Attn: Russell Dame<br>100 Liberty Way<br>Dover, NH 03821 | Claim 1072<br>(Case No. 08-12847) | Contingent & Unliquidated | Claim has no supporting documentation and is not reflected on Debtors' books and records. |

1