# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| NWL HOLDINGS, INC., et al.,[1] | Case No. 08-12847 (MFW) |
| Debtors. | (Substantively Consolidated) |
| | Re: Docket No. _____ |

**ORDER SUSTAINING CHAPTER 7 TRUSTEE'S SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO (RECLASSIFIED, OVERSTATED, NO LIABILITY, UNLIQUIDATED, AND SETOFF) CLAIMS PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3001, 3003 AND 3007 AND LOCAL RULE 3007-1**

Upon the *Chapter 7 Trustee's Second Omnibus (Substantive) Objection To (Reclassified, Overstated, No Liability, and Setoff) Claims Pursuant To 11 U.S.C. § 502(B) and Fed. R. Bankr. P. 3001, 3003 and 3007 and Local Rule 3007-1* (the "Objection")[2], and upon the declaration of the Donna Dileo in support of the Objection, attached as **Exhibit 1** to the Objection (the "Dileo Declaration"), seeking entry of an order reducing, reclassifying, and/or disallowing the claims listed on **Exhibits A, B, C, D** and **E** attached hereto (collectively, the "Disputed Claims") on the grounds set forth in the Objection and in the attached exhibits; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334; and the Court having

---

[1] The Debtors are the following entities: NWL Holdings, Inc.; National Wholesale Liquidators, Inc.; National Wholesale Liquidators of Spring Valley, Inc.; 632 Broadway Variety Store, Inc.; Nanuet Wholesale Liquidators, Inc.; National Wholesale Liquidators of West Hempstead, Inc.; National Wholesalers of Kissena Center, Inc.; National Wholesale Distributors, Inc.; National Wholesale Liquidators of Bethpage, Inc.; National Wholesale Liquidators of Baldwin, Inc.; National Wholesale Liquidators of Farmingdale, Inc.; National Wholesale Liquidators of Middletown, Inc.; National Wholesale Liquidators of Linden, Inc.; National Wholesale Liquidators of Newark, Inc.; National Wholesale Liquidators of Philadelphia, Inc.; National Wholesale Liquidators of Cottman, LLC; National Wholesale Liquidators of Patterson, LLC; National Wholesale Liquidators of Glenolden, LLC; National Wholesale Liquidators of Hempstead, Inc.; National Wholesale Liquidators of Brooklyn, Inc.; National Wholesale Liquidators of Yonkers, Inc.; National Wholesale Liquidators of Staten Island, Inc.; NWL Buying, Inc.; National Wholesale Liquidators of Kissena Center #2, Inc.; NWL of East Haven, Inc.; NWL of Babylon, Inc.; NWL of Co-op City, Inc.; NWL of Nanuet, Inc.; NWL of Bay Parkway, Inc.; NWL of Langley Park, Inc.; NWL of Reistertown, Inc.; National Wholesale Liquidators of Union, Inc.; National Wholesale Liquidators of Bridgeport, Inc.; National Wholesale Liquidators of Cherry Hill, Inc.; National Wholesale RX, Inc.; NWL Management, Inc., National Wholesale Liquidators of Jersey City, Inc.; National Wholesale Liquidators of Orange, Inc.; NWL of Green Acres, Inc.; NWL of Edison, Inc.; NWL of Northern Boulevard, Inc.; NWL of Benning Road, Inc.; NWL of Hunting Park, Inc.; NWL of District Heights, Inc.; NWL of New Castle, Inc.; NWL of R.I. Ave., Inc.; NWL of Dorchester, Inc.; NWL of Reading, Inc.; NWL of Upper Darby, Inc.; NWL of Dekalb, Inc.; NWL of New Carrollton, Inc.; NWL of Cranston, Inc.; NWL of Fall River, Inc.; NWL of Oregon Ave., Inc.; NWL of Northland, Inc.; NWL of Bel Air, Inc.; NWL of Aramingo, Inc.; NWL of Evergreen, Inc.; NWL of South Orange, Inc.; NWL of Cermak, Inc.; NWL of Revere, Inc.; NWL of Catonsville, Inc.; and NWL of North Bergen, Inc.

[2] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to such terms in the Objection.

found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having

found that venue of this case and the Objection in this district is proper pursuant to 28 U.S.C. §§

1408 and 1409; and the Court having found that the relief requested in the Objection is in the

best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court

having found that the Chapter 7 Trustee provided appropriate notice of the Objection and the

opportunity to heard on the Objection; and the Court having considered the Objection and any

responses thereto; and after due deliberation thereon; and good and sufficient cause appearing

therefor,

IT IS HEREBY ORDERED THAT:

1.      The Objection is sustained as set forth herein.

2.      The Reclassified Claims set forth on the attached **Exhibit A** are hereby

reclassified as set forth in the "Modified Class" column of **Exhibit A**.

3.      The Overstated Claims set forth on the attached **Exhibit B** are hereby reduced and

allowed in the amount set forth in the "Reduced Claim Amount" column of **Exhibit B**.

4.      The No Liability Claims set forth on the attached **Exhibit C** are hereby

disallowed in their entirety.

5.      The Unliquidated Claims set forth on the attached **Exhibit D** are hereby

disallowed in their entirety.

6.      The Setoff Claims set forth on the attached **Exhibit E** are either deemed satisfied

or reduced and allowed in the amount and priority as set forth in **Exhibit E**.

7.      To the extent necessary, relief from the automatic stay is granted to allow the

claimants on **Exhibit E** to effect a setoff as contemplated by **Exhibit E**.

8.      For the avoidance of doubt, to the extent that any remaining claim or portion thereof is listed as an administrative claim, such claim or portion thereof is a chapter 11 administrative claim, not a chapter 7 administrative claim.

9.      Nothing in this Order or Objection shall be deemed a waiver of the Chapter 7 Trustee's causes of action against the Claimants whose Disputed Claims are subject to the Objection, pursuant to section 502(d) of the Bankruptcy Code, including, but not limited to, any actions to avoid preferential transfers or fraudulent conveyances.

10.     This Order is without prejudice to the Chapter 7 Trustee's, or any other party in interest's, right to object to any other claims filed against the Debtors.

11.     Consistent with Bankruptcy Rule 3007(f), this Order shall be deemed a separate Order with respect to each of the Disputed Claims identified on **Exhibits A, B, C, D** and **E** attached hereto.  Any stay of this Order pending appeal by any Claimant whose Claim(s) are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

12.     This Court shall retain jurisdiction over the Chapter 7 Trustee and Claimants whose Disputed Claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.


Dated: May ____, 2015


_____
Honorable Mary F. Walrath
United States Bankruptcy Judge

4

# Exhibit A

# Reclassified Claims

Exhibit A – Reclassified Claims

| Claimant | Claim Number | Claim Amount | Classification | Modified Class | Reason for Reclassification |
|---|---|---|---|---|---|
| Ace Fire Extinguisher Service 5117 College Avenue College Park, MD 20740-3833 | Claim 2 (Case No. 08-12867) | $225.99 | Submitted as General Unsecured; Clerk entered as secured. | General Unsecured | Claim is for services performed. There is no basis for a secured claim. Modify to reflect general unsecured status as filed. |
| Admiral Insurance Company c/o Nathan M. Rymer/Debra I. Mayfield 2801 Post Oak Blvd., Ste. 250 Houston, TX 77056 | Claim 838 (Case No. 08-12847) | $21,500,000.00 | Claim submitted as no classification; Clerk entered as secured | General Unsecured | Claim is in connection with certain insurance coverage provided to debtors. Unclear whether claimant intended to file as secured. No basis for secured claim as no collateral for the claim. |
| Alberto Culver USA, Inc. c/o James Varey 2525 Armitage Avenue Melrose Park, IL 60160 | Claim 662 (Case No. 08-12847) | $36,774.54 | Chapter 11 Administrative | $33,423.66 as Chapter 11 Administrative $3,350.88 as General Unsecured | Only one of two shipments were received in 20 days before Petition Date. The value of goods received in the 503(b)(9) period is $33,423.66. The rest of the claim, $3,350.88, is a general unsecured claim. |
| Angel Made In Heaven Inc. 525 Seventh Ave. Room 1710 New York, NY 10018 | Claim 1135 (Case No. 08-12847) | $31,752.00 | General Unsecured | $31,752.00 Chapter 11 Administrative | Claim is for goods shipped in 503(b)(9) period. |
| Davinder Singh Bassi 162 West 19th Street Huntington Station, NY 11746 | Claim 562 (Case No. 08-12847) | $5,100.00 | Secured | Priority under § 507(a)(4) | Claim purports to be for vacation pay owed. No basis for secured claim and no supporting documents. |
| Boston Herald P.O. Box 55483 A/C # 70949 Boston, MA 02205-5843 | Claim No. 7 (Case No. 12-12846) | $35,045.00 | Chapter 11 Administrative | General Unsecured | No basis for priority claim under 507(a). Claim indicates based on services. No supporting documentation attached. |
| Camden County MUA 1645 Ferry Ave. Camden, NJ 08104 | Claim 1162 (Case No. 08-12847) | $603.17 plus interest | Secured | General Unsecured | No collateral is securing the claim. No basis for secured claim. Claim reflects obligation of Wendy Appel and Peter Schaefer, not debtors. No liability for claim. |

**Exhibit A – Reclassified Claims**

| Claimant | Claim Number | Claim Amount | Classification | Modified Class | Reason for Reclassification |
|---|---|---|---|---|---|
| Campbell Soup Company Attn: Director of Credit Campbell Place SW4 Camden, NJ 08103 | Claim 98 (Case No. 08-12846) | $44,249.60 | Secured and Chapter 11 Administrative | Chapter 11 Administrative | Claim is for goods received by the debtors in the 503(b)(9) period. No basis for secured claim as there is no collateral. |
| Cananwill Inc. 1000 Milwuakee Ave. Glenview, IL 60025 | Claim 531 (Case No 08-12847) | $16,763.73 | Secured | General Unsecured | Claim is in connection with insurance premium financing. No collateral to secure the claim. No basis for secured claim. |
| Colgate Palmolive Attn: Cynthia Smith 2233 Lake Park Drive Suite 320 Smyrna, GA 30080-8810 | Claim 142 (Case No. 08-12846) | $106,794.72 | $105,620.28 as Chapter 11 Administrative $1,174.44 as General Unsecured | $60,392.76 as Chapter 11 Administrative $46,401.96 as General Unsecured | Claim is based on reclamation. Only $60,392.76 of the goods were received by debtors in the 503(b)(9) period. |
| Combe Incorporated Attn: Soraya Garcia Credit/Collections 1101 Westchester Ave. White Plains, NY 10604 | Claim 2 (Case No. 08-12846) | $41,131.98 | Chapter 11 Administrative | $40,651.92 as Chapter 11 Administrative $480.06 as General Unsecured | One shipment received in 20 days before Petition Date. The value of goods received in the 503(b)(9) period is $40,651.92. The rest of the claim, $480.06, is a general unsecured claim and relates to an erroneous cash discount and shortage deduction. |
| Conch Peerless 810 Meeken Avenue Brooklyn, NY 11222-4508 | Claim 137 (Case No. 08-12846) | $7,780.68 | Chapter 11 Administrative | $6,444.48 as Chapter 11 Administrative $1,336.20 as General Unsecured | Claim is based on goods sold. $1,336.20 of the goods were received by debtors prior to the 503(b)(9) period. |
| Converse Accessories Attn: Ritchie 113 Main Street Auburn, KY 42206-5106 | Claim 128 (Case No. 08-12846) | $8,160.00 | Chapter 11 Administrative | General Unsecured | Claim is based on goods sold. All of the goods were received by debtors prior to the 503(b)(9) period. |

2

**Exhibit A – Reclassified Claims, cont'd**

| Claimant | Claim Number | Claim Amount | Classification | Modified Class | Reason for Reclassification |
|---|---|---|---|---|---|
| Elrene Home Fashions Attn: Frank Giacomini, CFO 261 Fifth Avenue New York, NY 10016 | Claim 3 (Case No. 08-12847) | $154,073.84 | Secured | General Unsecured | Claim is unclear whether it is secured or unsecured. There is no basis for a secured claim and the claim lacks supporting documentation. |
| Enterprise Fleet Services Attn: Susan Cusan 1550 Route 23 North Ste. 100 Wayne, NJ 07470-7516 | Claim 73 (Case No. 08-12848) | $19,774.38 | Secured | General Unsecured | Claim is for losses and past due amounts in connection with leased vehicles. There is no collateral securing the claim and no basis for secured claim. Also, no supporting documentation. |
| Genm Customs Brokers, Inc. 420 W. Merrick Road Valley Stream, NY 11580 | Claim 133 (Case No. 08-12847) | $17,772.55 | Secured | General Unsecured | Claim is for services performed and outlay of freight. There is no basis for a secured claim. |
| Golden Apple Trt Corp. Attn: David Peng Rm 1503, Suite A – Yinfeng Garden Tianjin 300204 China -and- Golden Apple (T.R.T.) Corp. 1503, Suite A, Yinfeng Garden, No. 65 Youyibei Road, Hexi District Tianjin China | Claim 96 (Case No. 08-12846) | $324,621.10 | Chapter 11 Administrative and Secured | General Unsecured | No basis for priority claim under 507(a). No documents filed in support of claim. |

3

Exhibit A – Reclassified Claims, cont'd

| Claimant | Claim Number | Claim Amount | Classification | Modified Class | Reason for Reclassification |
|---|---|---|---|---|---|
| HBK Investments, L.P. c/o Aryeh Stein, Esq. Whiteford Taylor & Preston LLP Seven Saint Paul Street Baltimore, MD 21202-1636 | Claim 1051 (Case No. 08-12847) | $15,236,322.92 plus interest & expenses | Secured | General Unsecured. | Claim is in connection with money loaned to debtors. Any secured claim would have been junior to GE Capital's secured claim. No collateral to secure the claim. No basis for secured claim. |
| Inner Beauty International 229 49th Street Brooklyn, NY 11220 | Claim 120 (Case No. 08-12859) | $20,352.80 | Secured and Priority | General Unsecured | Claim is based on goods sold. All of the goods were received by debtors prior to the 503(b)(9) period. No basis for priority claim under 507(a) or for secured claim. |
| Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 -and- Internal Revenue Service Attn: A. Jackson 31 Hopkins Plaza, Rm 1150 Baltimore, MD 21201 | Claim 181 (Case No. 08-12847) | $6,640,183.97 | $209,044.15 (interest) Secured  $6,431,139.82 Priority under § 507(a)(8) | $6,640,183.97 Priority under § 507(a)(8) | Tax lien appears to have been filed on 9/18/2008. Any secured claim would have been junior to GE Capital's secured claim. No collateral securing the claim. No basis for secured claim. |
| Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 -and- Internal Revenue Service Attn: A. Jackson 31 Hopkins Plaza, Rm 1150 Baltimore, MD 21201 | Claim 1144 (Case No. 08-12847) | $1,338,205.83 | $162,616.80 (interest) Secured  $917,003.23 Priority under § 507(a)(8)  $258,585.80 General Unsecured | $917,003.23 Priority under § 507(a)(8)  $421,202.60 General Unsecured | Tax lien appears to have been filed on 9/18/2008. Any secured claim would have been junior to GE Capital's secured claim. No collateral securing the claim. No basis for secured claim. |
| Key Equipment Finance Inc. 1000 S. McCaslin Blvd. Superior, CO 80027 | Claim 1010 (Case 08-12847) | $72,406.47 | Secured | General Unsecured | Claim is in connection with equipment leased to debtors. No basis for secured claim as there is no collateral securing the claim. |
| Mannix World Imports, Inc. 45 Congress Street, Suite 4 Salem, MA 01970-5598 | Claim 506 (Case No. 08-12847) | $7,865.90 | Secured | General Unsecured | Claim is for goods sold. No basis for secured claim as there is no collateral securing the claim. |

4

**Exhibit A – Reclassified Claims, cont'd**

| Claimant | Claim Number | Claim Amount | Classification | Modified Class | Reason for Reclassification |
|---|---|---|---|---|---|
| Market Place Imports 677 Dutchess Turnpike Poughkeepsie, NY 12603 | Claim 563 (Case No. 08-12847) | $7,542.00 | Secured | General Unsecured | No basis for secured claim as there is no collateral securing the claim. No supporting documentation. |
| Misco Enterprises 100 S. Washington Avenue Donellen, NJ 08812-1692 | Claim 60 (Case No. 08-12846) | $5,619.13 | Administrative | General Unsecured | Claim is based on goods sold. All of the goods were received by debtors prior to the 503(b)(9) period. Also, claim is unsigned. |
| MLO Great South Bay LLC c/o Morgan Lewis & Bockius LLP Attn: Neil Herman, Esq. 101 Park Avenue New York, NY 10178 | Claim 660 (Case No. 08-12847) | $81,279.83 | Administrative | General Unsecured | No basis for priority claim under 507(a). Claim indicates based on lease rejection. No supporting documentation attached. |
| National Travel Product 2301 East Edgar Rd., Bldg 1&2 Linden, NJ 07036 | Claim 112 (Case No. 08-12847) | $109,452.52 | Secured | $13,289.80 Chapter 11 Administrative $96,162.72 General Unsecured | Claim is unclear whether it is secured or unsecured. No basis for secured claim as there is no collateral securing the claim. |
| Nestle USA c/o Nancy Reynoso 800 N. Brand Blvd. Glendale, CA 91203 | Claim 634 (Case No. 08-12846) | $224,428.43 | Secured | General Unsecured | Claim is unclear whether it is secured or unsecured. No basis for secured claim as there is no collateral securing the claim. |
| Newell Rubbermaid, Inc. c/o Gary Popp 29 East Stephenson Street Freeport, IL 61032 | Claim 1190 (Case No. 08-12847) | $137,614.14 | $47,095.70 as Administrative or Secured $90,518.44 as General Unsecured | $137,614.14 as General Unsecured | Claim includes an administrative or secured claim on basis of reclamation demand. None of the goods were shipped in 503(b)(9) period. Admin portion should be reclassified to general unsecured claim. |
| New York State Department of Taxation and Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | Claim 588 (Case No. 08-12853) | $729.68 | Secured | $719.09 Priority under § 507(a)(8) $10.59 General Unsecured | Claim is based on estimated withholding taxes for period ending 12/31/98. No basis for secured claim as there is no collateral securing the claim. |
| New York State Department of Taxation and Finance Bankruptcy Section | Claim 591 (Case No. 08-12871) | $150.00 | Secured | General Unsecured | Claim is based on penalty for sales taxes for period ending 11/30/05. No basis for secured claim as there |

5

| | | | | is no collateral securing the claim. |
|---|---|---|---|---|
| | | | | |
| P.O. Box 5300<br>Albany, NY 12205-0300 | | | | |

6

**Exhibit A – Reclassified Claims, cont'd**

| Claimant | Claim Number | Claim Amount | Classification | Modified Class | Reason for Reclassification |
|---|---|---|---|---|---|
| Niche<br>45 Horsehill Road, Suite 105A<br>Cedar Knolls, NJ 07927-2041 | Claim 998<br>(Case No,<br>08-12847) | $72,314.00 | $50,000.00 Chapter 11 Administrative<br><br>$12,314.00 General Unsecured | $72,314.00 Chapter 11 Administrative | Claim is based on goods sold. All of the goods were received by debtors prior to the 503(b)(9) period. |
| NutsCo, Inc.<br>Attn: Patricio Assis<br>1115 South Second Street<br>Camden, NJ 08103 | Claim 175<br>(Case No.<br>08-12847) | $26,137.60 | Secured | General Unsecured | Claim is goods sold to or manufactured for debtors. No basis for secured claim as there is no collateral securing the claim. |
| Oakland County Treasurer<br>1200 N. Telegraph Road<br>Department 479<br>Pontiac, MI 48341 | Claim 443<br>(Case No.<br>08-12847) | $15,824.26 | Secured | Priority under § 507(a)(8) | Claim is for taxes. No basis for secured claim as there is no collateral securing the claim. |
| Oakland County Treasurer<br>1200 N. Telegraph Road<br>Department 479<br>Pontiac, MI 48341 | Claim 1012<br>(Case No.<br>08-12847) | $32,345.35 | Secured | Priority under § 507(a)(8) | Claim is for taxes. No basis for secured claim as there is no collateral securing the claim. |
| Pennsylvania Dept. of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Claim 624<br>(Case No.<br>08-12882) | $168,947.01 | $1,041.00 Secured<br><br>$164,312.76 Priority<br><br>$3,593.25 General Unsecured | $164,312.76 Priority under § 507(a)(8)<br><br>$4,634.25 General Unsecured | Secured portion of claim is based on corporate taxes for periods in 2005 and 2006. No basis for secured claim as there is no collateral securing the claim. Also claim does not indicate that a tax lien was ever filed. |
| Pennsylvania Dept. of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Claim 5<br>(Case No.<br>08-12882) | $125,610.01 | $1,041.00 Secured<br><br>$121,857.76 Priority<br><br>$2,711.25 General Unsecured | $121,857.76 Priority under § 507(a)(8)<br><br>$3,752.25 General Unsecured | Secured portion of claim is based on corporate taxes for periods in 2005 and 2006. No basis for secured claim as there is no collateral securing the claim. Also claim does not indicate that a tax lien was ever filed. |

7

**Exhibit A – Reclassified Claims, cont'd**

| Claimant | Claim Number | Claim Amount | Classification | Modified Class | Reason for Reclassification |
|---|---|---|---|---|---|
| Pennsylvania Dept. of Revenue Bankruptcy Division P.O. Box 280946 Harrisburg, PA 17128-0946 | Claim 17 (Case No. 08-12882) | $42,005.01 | $1,041.00 Secured $38,345.76 Priority $2,618.25 General Unsecured | $38,345.76 Priority under § 507(a)(8) $3,659.25 General Unsecured | Secured portion of claim is based on corporate taxes for periods in 2005 and 2006. No basis for secured claim as there is no collateral securing the claim. Also claim does not indicate that a tax lien was ever filed. |
| Pennsylvania Dept. of Revenue Bankruptcy Division P.O. Box 280946 Harrisburg, PA 17128-0946 | Claim 625 (Case No. 08-12861) | $236,067.00 | $68.00 Secured $233,525.00 Priority $2,474.00 General Unsecured | $233,525.00 Priority under § 507(a)(8) $2,542.00 General Unsecured | Secured portion of claim is based on corporate taxes for period in 2005. No basis for secured claim as there is no collateral securing the claim. Also claim does not indicate that a tax lien was ever filed. |
| Pennsylvania Dept. of Revenue Bankruptcy Division P.O. Box 280946 Harrisburg, PA 17128-0946 | Claim 2 (Case No. 08-12861) | $160,688.00 | $68.00 Secured $159,314.00 Priority $1,306.00 General Unsecured | $159,314.00 Priority under § 507(a)(8) $1,374.00 General Unsecured | Secured portion of claim is based on corporate taxes for period in 2005. No basis for secured claim as there is no collateral securing the claim. Also claim does not indicate that a tax lien was ever filed. |
| Pennsylvania Dept. of Revenue Bankruptcy Division P.O. Box 280946 Harrisburg, PA 17128-0946 | Claim 1030-4 (Case No. 08-12847) | $137,906.00 | $68.00 Secured $136,750.00 Priority $1,088.00 General Unsecured | $136,750.00 Priority under § 507(a)(8) $1,156.00 General Unsecured | Secured portion of claim is based on corporate taxes for period in 2005. No basis for secured claim as there is no collateral securing the claim. Also claim does not indicate that a tax lien was ever filed. |
| Pennsylvania Dept. of Revenue Bankruptcy Division P.O. Box 280946 Harrisburg, PA 17128-0946 | Claim 629 (Case No. 08-12869) | $940.91 | $300.00 Secured $600.91 Priority $40.00 General Unsecured | $600.91 Priority under § 507(a)(8) $340.00 General Unsecured | Secured portion of claim is based on corporate taxes for period in 2005. No basis for secured claim as there is no collateral securing the claim. Also claim does not indicate that a tax lien was ever filed. |

8

**Exhibit A – Reclassified Claims, cont'd**

| Claimant | Claim Number | Claim Amount | Classification | Modified Class | Reason for Reclassification |
|---|---|---|---|---|---|
| Pennsylvania Dept. of Revenue Bankruptcy Division P.O. Box 280946 Harrisburg, PA 17128-0946 | Claim 1185 (Case No. 08-12847) | $698.91 | $300.00 Secured $378.91 Priority $20.00 General Unsecured | $378.91 Priority under § 507(a)(8) $320.00 General Unsecured | Secured portion of claim is based on corporate taxes for period in 2005. No basis for secured claim as there is no collateral securing the claim. Also claim does not indicate that a tax lien was ever filed. |
| Pennsylvania Dept. of Revenue Bankruptcy Division P.O. Box 280946 Harrisburg, PA 17128-0946 | Claim 630 (Case No. 08-12906) | $5,243.00 | $616.00 Secured $4,436.00 Priority $191.00 General Unsecured | $4,436.00 Priority under § 507(a)(8) $807.00 General Unsecured | Secured portion of claim is based on corporate taxes for period in 2006. No basis for secured claim as there is no collateral securing the claim. Also claim does not indicate that a tax lien was ever filed. |
| Pennsylvania Dept. of Revenue Bankruptcy Division P.O. Box 280946 Harrisburg, PA 17128-0946 | Claim 1187 (Case No. 08-12906) | $5,578.00 | $616.00 Secured $4,465.77 Priority $496.49 General Unsecured | $4,465.77 Priority under § 507(a)(8) $1,112.49 General Unsecured | Secured portion of claim is based on corporate taxes for period in 2006. No basis for secured claim as there is no collateral securing the claim. Also claim does not indicate that a tax lien was ever filed. |
| Pennsylvania Dept. of Revenue Bankruptcy Division P.O. Box 280946 Harrisburg, PA 17128-0946 | Claim 631 (Case No. 08-12847) | $197,814.00 | $3,413.00 Secured $192,332.00 Priority $2,069.00 General Unsecured | $192,332.00 Priority under § 507(a)(8) $5,482.00 General Unsecured | Secured portion of claim is based on corporate taxes for periods in 2004 and 200. No basis for secured claim as there is no collateral securing the claim. Also claim does not indicate that a tax lien was ever filed. |
| Pennsylvania Dept. of Revenue Bankruptcy Division P.O. Box 280946 Harrisburg, PA 17128-0946 | Claim 632 (Case No. 08-12846) | $5,035.00 | $299.00 Secured $4,472.00 Priority $264.00 General Unsecured | $4,472.00 Priority under § 507(a)(8) $563.00 General Unsecured | Secured portion of claim is based on corporate taxes for period in 2005. No basis for secured claim as there is no collateral securing the claim. Also claim does not indicate that a tax lien was ever filed. |
| Pennsylvania Dept. of Revenue Bankruptcy Division P.O. Box 280946 Harrisburg, PA 17128-0946 | Claim 633 (Case No. 08-12860) | $823,973.15 | $1,168.00 Secured $682,856.05 Priority $139,949.10 | $682,856.05 Priority under § 507(a)(8) $141,117.10 General Unsecured | Secured portion of claim is based on corporate taxes for period in 1997. No basis for secured claim as there is no collateral securing the claim. Also claim does not indicate that a tax lien was ever filed. |

9

General
Unsecured

10

**Exhibit A – Reclassified Claims, cont'd**

| Claimant | Claim Number | Claim Amount | Classification | Modified Class | Reason for Reclassification |
|---|---|---|---|---|---|
| Pennsylvania Dept. of Revenue Bankruptcy Division P.O. Box 280946 Harrisburg, PA 17128-0946 | Claim 30 (Case No. 08-12861) | $137,906.00 | $68.00 Secured $136,750.00 Priority $1,088.00 General Unsecured | $136,818.00 Priority under § 507(a)(8) $1,088.00 General Unsecured | Secured portion of claim is based on corporate taxes for period in 1997. No basis for secured claim as there is no collateral securing the claim. Also claim does not indicate that a tax lien was ever filed. |
| Prince George's County, Maryland c/o Meyers Rodbell & Rosenbaum, P.A. 6801 Kenilworth Ave., Suite 400 Riverdale, MD 20737-1385 | Claim 678 (Case No. 08-12878) | $5,485.77 | Secured | General Unsecured | Claim is for 2009 personal property taxes. No basis for secured claim as there is no collateral securing the claim. |
| Omega Apparel Ltd. 32 West 33rd Street New York, NY 10001 | Claim 463 Case No. (08-12847) | $1,247.40 | Secured | General Unsecured | Claim is for goods sold to debtors. No basis for secured claim. |
| Ramaswamy Rajalakshm S. 87-28 87th Street Wood Haven, NY 11421 | Claim 110 (Case No. 08-12847) | $7,304.00 | Secured | Priority under § 507(a)(4) | Claim purports to be for wages and earned vacation owed after being laid off. No basis for secured claim and no supporting documents. |
| RPG Management, Inc. c/o Michael Miranda, Esq. Miranda Samburnsky Slone Sklarin Verveniotis LLP The Esposito Building 240 Mineola Blvd. Mineola, NY 11501 | Claim 699 (Case No. 08-12847) | $940,922.00 | $532,336.67 as Administrative $408,585.33 as General Unsecured | All as General Unsecured | No basis for priority claim under 507(a). Claimant does not appear to be an insurer. Invoices are pre-petition. Reclassify as general unsecured. |
| Ajay Kumar Sharma 425 Cross Street Westbury, NY 11590 | Claim 275 (Case No. 08-12847) | $2,007.50 | Secured and Priority | Priority under § 507(a)(4) | Claim purports to be for wages and lay off as per WARN Act notice. No basis for secured claim and no supporting documents. |

11

**Exhibit A – Reclassified Claims, cont'd**

| Claimant | Claim Number | Claim Amount | Classification | Modified Class | Reason for Reclassification |
|---|---|---|---|---|---|
| Ashok Sharma<br>116-10 95th Avenue<br>Richmond Hill, NY 11419 | Claim 121<br>(Case No. 08-12847) | $5,464.00 | Secured and Priority | Priority under § 507(a)(4) | Claim purports to be for wages and earned vacation owed after being laid off. No basis for secured claim and no supporting documents. |
| Rashpal Singh<br>14 Lee Avenue<br>Bayshore, NY 11706 | Claim 128<br>(Case No. 08-12847) | $12,520.00 | Secured and Priority | $10,950 Priority under § 507(a)(4)<br><br>$1,570 General Unsecured | Claim purports to be for wages and earned vacation owed after being laid off. No basis for secured claim and no supporting documents. Amount claimed exceeds § 507(a)(4) cap. |
| Soxland Industrial, Inc.<br>485 Bloy Street<br>Hillside, NJ 07205-1707 | Claim 829<br>(Case No. 08-12847) | $14,394.00 | Secured | General Unsecured | The claim is for goods sold. No basis for secured claim. |
| State of Michigan<br>Department of Attorney General<br>Unemployment Division<br>3030 W. Grand Blvd.<br>Suite 9-600<br>Detroit, MI 48202 | Claim 6<br>(Case No. 08-12859) | $3,914.47 | Submitted as Priority; Clerk entered as Secured in error | Priority under § 507(a)(8) | Unclear whether claim is intended to be secured or priority. No basis for secured claim as there is no collateral securing it. |
| State of New Jersey<br>Division of Taxation<br>Compliance Activity<br>P.O. Box 245<br>Trenton, NJ 08695<br>-and-<br>Jeffrey Chiesa, Atty General<br>Richard J. Hughes Complex<br>P.O. Box 106<br>Trenton, NJ 08625-0106 | Claim 1152<br>(Case No. 08-12847) | $41,944.02 | Secured | General Unsecured | Claim is for corporate taxes in the periods of 2001 through 2006. No collateral is securing the claim. No basis for secured claim. |
| Sterilite Corporation of Massachusetts<br>30 Scales Lane<br>Towsend, MA 01469 | Claim 514<br>(Case No. 08-12847) | $97,356.23 | Administrative | $28,921.28 as Administrative<br><br>$68,434.95 as General Unsecured | Only two of six shipments were received in 20 days before Petition Date. The value of goods received in the 503(b)(9) period is $28,921.28. The rest of the claim, $68,434.95, is a general unsecured |

12

claim.

13

**Exhibit A – Reclassified Claims, cont'd**

| Claimant | Claim Number | Claim Amount | Classification | Modified Class | Reason for Reclassification |
|---|---|---|---|---|---|
| Supsic Produce & Pumpkins c/o Meuers Law Firm, P.L. 5395 Park Central Court Naples, FL 34109 | Claim 1137 (Case No. 08-12847) | $23,788.80 | Secured | General Unsecured | Claim is for perishable goods sold. Secured status is based upon PACA. No collateral is securing the claim. No basis for secured claim. |
| Sure Fit Inc. Attn: Joseph Chapman 6575 Snowdrift Road, Ste. 101 Allentown PA 18106 | Claim 858 (Case No. 08-12847) | $88,521.93 | $15,028.30 as Secured $73,493.63 as General Unsecured | $15,028.30 as Administrative $73,493.63 as General Unsecured | The claim is for goods sold. $15,028.30 of the claims relates to the value of goods received by the Debtors within 20 days of the Petition Date and should be allowed as a 503(b)(9) claim. The rest should be a General Unsecured Claims. There is no basis for a secured claim. |
| Medoune Sy 120 Woodridge Place Laurel, MD 20724 | Claim 1143 (Case No. 08-12847) | $17,226.22 | Secured | General Unsecured | Claim is for employee claim for housing costs in connection with relocation. . No collateral is securing the claim. No basis for secured claim. |
| Gulshan S. Uppal 43 West Cabot Lane Westbury NY 11590 | Claim 124 (Case No. 08-12847) | $6,900.00 | Secured | Priority under § 507(a)(4) | Claim purports to be for wages and earned vacation owed after being laid off. No basis for secured claim and no supporting documents. |
| US Bancorp Manifest Funding Services 1450 Channel Parkway Marshall, MN 56258 | Claim 490 (Case No. 08-12847) | $57,076.50 | Secured | General Unsecured | Claim is in connection with leased equipment. Any collateral would have been returned. No collateral securing the claim. No basis for secured claim. |
| Gus Varrichio 175 Oldfield Avenue Amityville, NY 11701 | Claim 118 (Case No. 08-12847) | $9,739.88 | Secured | Priority under § 507(a)(4) | Claim purports to be for WARN Act default. No basis for secured claim and no supporting documents. |
| Wilson Sport Sock Co. Attn: Ritchie 150 Meadowlands Parkway Secaucus, NJ 07094-2300 | Claim 130 (Case No. 08-12846) | $12,648.00 | Administrative | General Unsecured | Claim is based on goods sold. All of the goods were received by debtors prior to the 503(b)(9) period. |

14

# Exhibit B

# Overstated Claims

**Exhibit B – Overstated Claims**

| Claimant | Claim Number | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Alberto Culver USA, Inc.<br>c/o James Varey<br>2525 Armitage Avenue<br>Melrose Park, IL 60160 | 662 | $33,423.66 as Administrative<br><br>$3,350.88 as General Unsecured | $3,350.88 as General Unsecured | The chapter 11 administrative claim of $33,423.66 sought in claim number 663 was included in claim number 662, and is duplicative. Allow $3,350.88 as General Unsecured Claim |
| G&C Hempstead Realty<br>c/o Dominick D'Ambrozio<br>3372 SE Cascadia Way<br>Hobe Sound, FL 33455-8906<br>-and-<br>G&C Hempstead Realty<br>c/o Mark Indelicato<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022 | Dkt. No. 660 [Claim No. 895] | $208,800 | $150,500.00 | This exhibit only addresses the administrative claim sought in the amount of $208,800. The documents do not support the full amount sought. There are no documents supporting the $58,300.00 asserted for clean up costs and repairs to air conditioner wells. The reduced administrative claim represents the stub rent for November 2009. **See Exhibit D for objection to secured portion of claim.** |
| GPB Real Estate Holdings, LLC<br>c/o Kevin Mann, Esq.<br>Cross & Simon, LLC<br>913 N. Market Street, 11th Floor<br>P.O. Box 1380<br>Wilmington, DE 19899-1380<br>-and-<br>Vincent Pisegna, Esq.<br>Krokidas & Bluestein, LLP<br>600 Atlantic Ave.<br>Boston MA 02210 | Dkt No. 751 | $67,185.66 | $46,325.84 | The stub rent portion of $39,594.25 is not in dispute. Of the $27,591.41 asserted for clean up, repairs and unpaid real estate taxes, only $6,731.59 is supported by Ex B to the request. Accordingly, the claim should be reduced to reflect the stub rent plus the supported claim amount totaling $46,325.84. |
| The Great A&P Tea Co.<br>(property at 269 – 279 Ferry Street, Newark, NJ)<br>c/o David Pollack, Esq.<br>Ballard Spahr<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103 | Claim 1201 (Case No. 08-12847) | $411,049.29 | $135,748.83 as Chapter 11 Administrative | The claim includes $275,300.47 in connection with a pre-petition mechanic's lien. There is no evidence to suggest that the landlord paid such amount to remove such lien. |

1

Exhibit B – Overstated Claims, cont'd

| Claimant | Claim Number | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| State of New Jersey Division of Taxation Compliance Activity P.O. Box 245 Trenton, NJ 08695 -and- Jeffrey Chiesa, Atty General Richard J. Hughes Complex P.O. Box 106 Trenton, NJ 08625-0106 | Dkt. No. 1600 (Claim No. 1223) | $356,006.48 | $99,050.00 | The claim is for estimated taxes and includes sales and use taxes for periods during which the debtors were not operating their stores and would not owe sales and use taxes. |

2

# Exhibit C

# No Liability Claims

**Exhibit C –No Liability Claims**

| Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Ethel Bell<br>c/o Richard Rubenstein, Esq.<br>7050 Orange Ave., Ste. 215<br>Livingston, NJ 07039 | Claim 1149<br>(Case No. 08-12847) | $250,000.00 | Claimant agreed to limit recovery on claim to available insurance proceeds or coverage available from any insurer of the Debtors. *See* Order at Docket No. 774. |
| Camden County MUA<br>1645 Ferry Ave.<br>Camden, NJ 08104 | Claim 1162<br>(Case No. 08-12847) | $603.17 | Claim reflects an obligation of Wendy Appel and Peter Schaefer, not any of these Debtors.  Claim filed against wrong entity. |
| Adele DiGiovanni<br>c/o The Law Offices of Christopher J. Patsos<br>122 E. 42nd Street<br>New York, NY 10168 | Claim 1097<br>(Case No. 08-12847) | Unliquidated | Claimant agreed to limit recovery on claim to available insurance proceeds or coverage available from any insurer of the Debtors. *See* Order at Docket No. 774. |
| Douglas Knight<br>c/o Thomas R. Gratzer<br>Belezos & Gratzer<br>760 Adams St., #3<br>Dorchester, MA 02122 | Claim 1057<br>(Case No. 08-12847) | $15,000 | Claimant agreed to limit recovery on claim to available insurance proceeds or coverage available from any insurer of the Debtors. *See* Order at Docket No. 774. |
| Antionette Martiello<br>c/o Alvin Krantz, Esq.<br>1515 Market Street, Suite 1807<br>Philadelphia, PA  19102 | Claim 984<br>(Case No. 08-12847) | $975,000 | Claimant agreed to limit recovery on claim to available insurance proceeds or coverage available from any insurer of the Debtors. *See* Order at Docket No. 774. |
| Lesbia Matos<br>c/o Malone Tauber & Sohn, P.C.<br>147 W. Merrick Road<br>Freeport, NY 11520 | Claim 922<br>(Case No. 08-12847) | Unliquidated | Claimant agreed to limit recovery on claim to available insurance proceeds or coverage available from any insurer of the Debtors. *See* Order at Docket No. 774. |
| Ebony Rudder<br>c/o Stephen Turman, Esq.<br>Moritt Hock Hamroff & Horowitz LLP<br>400 Garden City Plaza<br>Garden City, NY 11530 | Claim 1091<br>(Case No. 08-12847) | Unliquidated | Claimant agreed to limit recovery on claim to available insurance proceeds or coverage available from any insurer of the Debtors. *See* Order at Docket No. 774. |
| Faridez Velazquez<br>102-09 39th Avenue<br>Corona, NY  11368 | Claim 983<br>(Case No. 08-12847) | $100,000 | Claimant agreed to limit recovery on claim to available insurance proceeds or coverage available from any insurer of the Debtors. *See* Order at Docket No. 774. |

1

**Exhibit C – No Liability Claims, cont'd**

| Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Leola Ward<br>c/o Morrison Wagner, Esq.<br>49 W. 38th Street, 15th Floor<br>New York, NY 10018 | Claim 960<br>(Case No. 08-12847) | $250,000.00 | Claimant agreed to limit recovery on claim to available insurance proceeds or coverage available from any insurer of the Debtors. *See* Order at Docket No. 774. |

2

# Exhibit D

# Unliquidated Claims

**Exhibit D –Unliquidated Claims**

| Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Michael Gold, CPA<br>c/o Mark Minuti, Esq.<br>Saul Ewing LLP<br>222 Delaware Ave., Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899 | Claim 6 (Case No. 08-12875) | Unliquidated | Claim is unliquidated and/or contingent. No liability reflected on Debtors' books and records. Claim filed prematurely under Rule 3005. |
| Internal Revenue Service<br>c/o Mark Minuti, Esq.<br>Saul Ewing LLP<br>222 Delaware Ave., Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899 | Claim 1155 (Case No. 08-12847) | Unliquidated | Claim is unliquidated and/or contingent. No liability reflected on Debtors' books and records. Claim filed prematurely under Rule 3005. |
| New York City Dept. of Finance<br>c/o Mark Minuti, Esq.<br>Saul Ewing LLP<br>222 Delaware Ave., Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899 | Claim 1160 (Case No. 08-12847) | Unliquidated | Claim is unliquidated and/or contingent. No liability reflected on Debtors' books and records. Claim filed prematurely under Rule 3005. |
| New York State Dept. of Tax & Finance<br>c/o Mark Minuti, Esq.<br>Saul Ewing LLP<br>222 Delaware Ave., Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899 | Claim 1157 (Case No. 08-12847) | Unliquidated | Claim is unliquidated and/or contingent. No liability reflected on Debtors' books and records. Claim filed prematurely under Rule 3005. |
| Pennsylvania Dept. of Revenue<br>c/o Mark Minuti, Esq.<br>Saul Ewing LLP<br>222 Delaware Ave., Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899 | Claim 1158 (Case No. 08-12847) | Unliquidated | Claim is unliquidated and/or contingent. No liability reflected on Debtors' books and records. Claim filed prematurely under Rule 3005. |

Exhibit D –Unliquidated Claims, cont'd

| Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Philadelphia Dept. of Revenue<br>c/o Mark Minuti, Esq.<br>Saul Ewing LLP<br>222 Delaware Ave., Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899 | Claim 1156<br>(Case No. 08-12847) | Unliquidated | Claim is unliquidated and/or contingent. No liability reflected on Debtors' books and records. Claim filed prematurely under Rule 3005. |
| Virginia Dept. of Taxation<br>c/o Mark Minuti, Esq.<br>Saul Ewing LLP<br>222 Delaware Ave., Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899 | Claim 1159<br>(Case No. 08-12847) | Unliquidated | Claim is unliquidated and/or contingent. No liability reflected on Debtors' books and records. Claim filed prematurely under Rule 3005. |

# Exhibit E

# Setoff Claims

**Exhibit E – Setoff Claims**

| Claimant | Claim Number | Claim Amount | Classification | Modified Class | Reason for Reclassification/Disallowance |
|---|---|---|---|---|---|
| DFS Services LLC P.O. Box 3000 New Albany, OH 43054 | Claim 1009 (Case No. 08-12847) | $3,803.27 | Secured | N/A | Claim is based on setoff rights under a Merchant Services Agreement. Trustee asks court to permit stay relief to allow claimant to exercise its setoff rights and deem claim satisfied. |
| G&C Hempstead Realty c/o Dominick D'Ambrozio 3372 SE Cascadia Way Hobe Sound, FL 33455-8906 -and- G&C Hempstead Realty c/o Mark Indelicato Hahn & Hessen LLP 488 Madison Avenue New York, NY 10022 | Docket No. 660 (Claim 895 -Case No. 08-12847) | $3,434,875.00 | $110,000.00 Secured $208,800.00 Chapter 11 Administrative $3,116,075.00 General Unsecured | $3,266,575.00 General Unsecured $150,500.00 Chapter 11 Administrative | The secured portion of the claim is based on claimant's setoff rights in connection with a $110,000 deposit claimant holds. Trustee asks court to permit stay relief to allow claimant to exercise its setoff rights and deem the secured portion of the claim satisfied, leaving a general unsecured claim of $3,266,575. **See Exhibit B for objection to Chapter 11 Administrative portion of claim.** |
| Louis Realty LLC c/o Pergament Investments, Inc. 1500 Old Northern Blvd. Roslyn, NY 11576 | Claim 1084 (Case No. 12847) | $316,197.57 | $75,000.00 Secured $241,397.57 General Unsecured | $241,397.57 General Unsecured | The secured portion of the claim is based on claimant's setoff rights in connection with a $75,000 deposit claimant holds. Trustee asks court to permit stay relief to allow claimant to exercise its setoff rights and deem the secured portion of the claim satisfied, leaving a general unsecured claim of $241,397.57. |
| MRP Family Holdings LLC c/o Pergament Investments, Inc. 1500 Old Northern Blvd. Roslyn, NY 11576 | Claim 1085 (Case No. 12847) | $867,622.16 | $100,500.00 Secured $767,122.16 General Unsecured | $767,122.16 General Unsecured | The secured portion of the claim is based on claimant's setoff rights in connection with a $100,500 deposit claimant holds. Trustee asks court to permit stay relief to allow claimant to exercise its setoff rights and deem the secured portion of the claim satisfied, leaving a general unsecured claim of $767,122.16. |