# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
NWL Holdings, Inc.  
111 Hempstead Turnpike  
West Hempstead, NY 11552  
  **EIN:** 11–3158236  
National Wholesale Liquidators  

**Chapter:** 7

**Case No.:** 08–12847–MFW

## ORDER REQUIRING STATUS REPORT

    *AND NOW*, the case docket reflecting an extended period of inactivity of 180 days or longer,

***IT IS HEREBY ORDERED*** that pursuant to 11 U.S.C § 105(d)(1), counsel for the Trustee or the Trustee shall file a status report within 21 days of the date of this order.

Mary F. Walrath  
Bankruptcy Judge

Dated: Wilmington, Delaware  
    5/7/19